IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.

**Plaintiff:**
A.C. as Parent and Next Friend of Minor S.T.C.
,

**v.**

**Defendants:**
JEFFERSON COUNTY R-1 SCHOOL DISTRICT; JEFF GOMEZ, individually; WILLIAM CARLIN, individually; and JASON GLASS, individually.

**NOTICE OF REMOVAL TO FEDERAL COURT**

JEFFERSON COUNTY R-1 SCHOOL DISTRICT; JEFF GOMEZ, WILLIAM CARLIN, and JASON GLASS, (the "School District") by and through undersigned counsel, pursuant to 28 U.S.C. §§ 1331, 1441(a) and 1446, hereby gives notice of removal of this case from Jefferson County District Court, Colorado to the United States District Court for the District of Colorado. As grounds therefor, the School District states as follows:

1.   On or about November 1, 2019, Plaintiff filed a civil action in the Jefferson County District Court asserting claims of discrimination in violation of Title IX and Section 504 of the Rehabilitation Act of 1973 and interference with her rights under the Fourteenth Amendment.

1

2. Service of Plaintiff's Complaint was effected on the School District and Defendant Gomez on January 3, 2020. A true and correct copy of the Complaint and affidavit of service are attached and incorporated by reference.

3. This Court has original jurisdiction over this action pursuant to the provisions of 20 U.S.C. §1681(a), 42 U.S.C. §1983 and 42 U.S.C. §12101 because Plaintiff's allegations of interference and discrimination arise under federal law.

4. Venue is proper in this Court because the State Court Action is pending in Colorado. *See* 28 U.S.C. § 1441(a).

5. This Notice of Removal is filed within thirty days of service of the Complaint and is timely filed pursuant to 28 U.S.C. § 1446(b).

6. Pursuant to 28 U.S.C. § 1446(d), the School District will provide prompt written notice of the removal of this action to Plaintiff and will file a copy of this Notice of Removal with the Clerk of the Jefferson County District Court as soon as this Notice of Removal has been filed in this Court.

7. Pursuant to D.C. Colo. L Civ R 81.1, the undersigned counsel certifies that there are no hearings set before the Jefferson County District Court from which this case is removed and all pleadings and process files therein are attached hereto.

WHEREFORE, the School District requests that the action now pending before the Jefferson County District Court, Colorado, Civil Action No. 2019cv31654, be removed to this Court, and for such other and further relief as this Court deems necessary and proper.

Respectfully submitted this 9th day of January, 2020.

On behalf of Defendants,

CAPLAN AND EARNEST LLC

s/*M. Gwyneth Whalen*
M. Gwyneth Whalen, #20027
Elizabeth S. Francis, #48523
CAPLAN AND EARNEST LLC
3107 Iris Avenue, #100
Boulder, CO 80302
Phone 303-443-8010
Fax 303- 440-3967
gwhalen@celaw.com
efrancis@celaw.com

## CERTIFICATE OF SERVICE

This is to certify that on the 9th day of January 2020, a true and correct copy of the foregoing Notice of Removal was filed with the US District Court of Colorado, as well as mailed to the following:

Attorney for Plaintiff:
Edward Milo Schwab, Esq.
Ascend Counsel, LLC
3000 Lawrence St.
Denver, CO 80205
milo@ascendcounsel.com

s/*Kathi Donahue*
Kathi Donahue, Paralegal