IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:20-cv-00078-CMA-SKC

**Plaintiff:**

A.C. as Parent and Next Friend of Minor S.T.C.,

**v.**

**Defendants:**

JEFFERSON COUNTY R1 SCHOOL DISTRICT, et al.

---

### DEFENDANTS' <u>UNOPPOSED</u> MOTON FOR RULE 35 EXAMINATION

Defendants Jefferson County R1 School District, Jeff Gomez, and William Carlin ("School District Defendants") through undersigned counsel, move pursuant to Fed. R. Civ. P. 35 for an order that Plaintiff S.T.C. submit to a psychological examination conducted by Robert L. Atwell, PsyD, on February 28, 2022 beginning at 12:00 p.m. at 1761 Ogden Street, Denver, CO 80218, with a follow up interview via Zoom on March 7, 2022 beginning at 10:00 a.m. The initial appointment will take 2 to 3 hours and the follow up appointment will take 1 to 2 hours.

### CERTIFICATE OF CONFERRAL

Pursuant to D.C.COLO.LCivR 7.1, counsel for the School District Defendants conferred with counsel for Plaintiff regarding the relief requested in this Motion. Plaintiff is not opposed.

1

## MOTION

Plaintiff claims severe psychological damage including anxiety, depression, and self-harm as a result of the alleged actions of Defendants. Defendants indicated their intent to request an IME in the Scheduling Order entered November 9, 2021. (ECF No. 67).  Undersigned counsel emailed Plaintiff's counsel on February 4, 2022 requesting Plaintiff submit to an IME and proposed dates.  (2-4-22 email, **Ex. A**).

The independent medical examination is necessary to address Plaintiff's alleged damages.  Plaintiff will not be prejudiced by allowing the IME to proceed.  Defendants however would be unfairly prejudiced if an IME is not allowed.

The dates requested for the initial and follow up exam are February 28, 2022 at 12:00 p.m. at Dr. Atwell's office located at 1761 Ogden Street, Denver, CO 80218, and March 7, 2022 via Zoom beginning at 10:00 a.m.  The examinations will consist of gathering medical and social history and a psychological examination, including psychological testing as determined by Dr. Atwell.  (Atwell CV, **Ex. B**).

WHEREFORE, pursuant to Fed. R. Civ. P. 35 and for good cause shown, Defendants respectfully request an Order allowing Dr. Atwell to conduct an independent medical examination of Plaintiff as detailed above.

Respectfully submitted this 10th day of February 2022.

CAPLAN AND EARNEST LLC

s/ *M. Gwyneth Whalen*
M. Gwyneth Whalen
Elliott V. Hood
Anne L. Stuller
3107 Iris Avenue, #100

Boulder, CO 80302
Phone 303-443-8010
Fax 303- 440-3967
gwhalen@celaw.com
ehood@celaw.com
astuller@celaw.com

*Attorneys for Defendants*

## **CERTIFICATE OF SERVICE**

This is to certify that on February 10, 2022, a true and correct copy of the foregoing was filed with the US District Court of Colorado CM/ECF System which will notify the following:

Edward Milo Schwab, Esq.
Ascend Counsel, LLC
2401 S. Downing Street
Denver, CO 80210
milo@ascendcounsel.co

*Attorneys for Plaintiffs*

*s/ Shellie Satterfield*
Shellie Satterfield, Paralegal

4883-1081-9597, v. 1