**EXHIBIT A**

| | |
|---|---|
| **From:** | Gwyneth Whalen |
| **To:** | Milo Schwab |
| **Cc:** | Elliott Hood; Annie Stuller; Shellie Satterfield; Teri Muenchau |
| **Subject:** | RE: STC v JCSD et al |
| **Date:** | Friday, February 4, 2022 8:15:54 AM |

Milo,

Yes, we will conduct the depositions on Zoom if S.T.C. and her mother have adequate technology to be able see documents, hear and respond to questions.

As you know from the Scheduling Order, Defendants are requesting an IME. We have engaged Dr. Robert Atwell who is available to meet with S.T.C. for the initial interview and psychological testing on 2/25 or 2/28 at 10am at his office in Denver. The initial appointment needs to be in person and will take 2-3 hours. The follow-up interview for 1-2 hours can be on Zoom and Dr. Atwell is available on March 4 or 7th. Please let us know about these dates as well.

Thanks.


**Gwyneth Whalen**
*Attorney, AWI-CH (she/her/hers)*

**Caplan & Earnest LLC**
3107 Iris Avenue, Suite 100 | Boulder, CO 80301
gwhalen@celaw.com
P: 303-443-8010 | D: 303-448-6735
celaw.com | LinkedIn



This electronic transmission (including any attached file) contains information from the law firm of Caplan and Earnest LLC which may be confidential or privileged.  The information is intended to be for the use of the individual or entity named above.  If you are not the intended recipient, be aware that any review, disclosure, copying, distribution or other use of this information is prohibited.

If you have received this electronic transmission in error, please notify us immediately by telephone or by electronic mail (PostMaster@celaw.com).

IRS CIRCULAR 230 DISCLOSURE: Pursuant to U.S. Treasury Regulations, any tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used or relied upon by you or any other person, for the purpose of (i) avoiding penalties under the Internal Revenue Code, or (ii) promoting, marketing or recommending to another person or legal entity any transactions or matter addressed herein.

**From:** Milo Schwab <milo@ascendcounsel.co>
**Sent:** Thursday, February 3, 2022 5:32 PM