## VITA FOR DR. ROBERT L. ATWELL

| | | |
|---|---|---|
| 1761 Ogden Street | Denver, CO 80218 | (303) 698-0446 |
| 2305 Canyon Blvd., Ste. 205 | Boulder, CO 80302 | (303) 440-7225 |
| FAX: 303-698-0244 | rlatwell@msn.com | |

### AREAS OF PRACTICE

I maintain a private psychology practice in which I treat children, adolescents, adults, and families. As a consequence of both specialized training and accumulated experience my therapy practice has evolved to encompass multiple areas of specialized focus 1) remediation of and adjustment to the effects of trauma and abuse, 2) remediation of and adjustment to the effects of exposure to racism, 3) resolution of cultural identity conflicts, 4) adjustment to life transitions such as divorce and physical impairment due to accident and /or illness, 5) remediation and control of sexually abusive behavior, and 6) rehabilitation of health care and mental health professionals who commit boundary violations with patients.

My assessment practice encompasses 1) the evaluation of the effects of trauma on victims of accident and injury, 2) the evaluation of the effects of workplace discrimination, 3) evaluations of competence and sanity, 4) evaluations of dangerousness and treatability in perpetrators of violent and/or sexual assaults, 5) Parental Responsibility evaluations, and work as a Special Advocate or Child Family Investigator and Parenting Coordinator.

### CURRENT PROFESSIONAL PURSUITS

**Private Practice of Psychology**
**Denver-Boulder, Colorado**
   Provide intensive individual and family psychotherapy and psychological evaluations to children, adolescents, adults, and families. Areas of specialization are ethnicity and cultural issues, post-divorce life transitions, trauma and stress disorders, alcohol and drug abuse, and sexual deviance. October 1982 to present.

**Internship Program Director**
**Colorado School of Family Therapy**
**Aurora, Colorado**
   Oversee psychological services provided by a interns providing psychological and counseling services to clients of the agency. Provide training and instruction to interns completing graduate level degree requirements engaged in internship level training at the agency. Participate in formulation and implementation of policies and programs for psychological services being provided for clients of the agency. January 2017 to present.

### FORMAL EDUCATION

| | | | |
|---|---|---|---|
| University of Denver | Psy.D. | Clinical Psychology | 1982 |
| Temple University | M.Ed. | Counseling Psychology | 1978 |
| Temple University | B.A. | Psychology | 1977 |

### LICENSES AND CERTIFICATIONS

| | |
|---|---|
| Colorado (1983) | Certified Alcoholism Counselor III |
| Colorado (1985) | Clinical Psychologist |
| Colorado (1996) | Certified Sex Offender Therapist/Evaluator |
| Assn. Black Psychologist (2008) | Fellow & Diplomate in African/Black Psychology |

## PROFESSIONAL AFFILIATIONS

American Psychological Association (past)
Association of Black Psychologists   (present)
Colorado Society of Psychologists in Private Practice (past)
Rocky Mountain Psychological Association  (past)

## PAST PROFESSIONAL EXPERIENCE

**Adjunct Faculty**                **University of Denver   School of Professional Psychology**

Provide clinical supervision on forensic psychology for graduate students working towards Doctor of Psychology degrees.  Supervise evaluations and psychotherapy being conducted by graduate students at the Professional Psychology Center.  Co-lead professional seminars (year long, weekly class) on psychotherapy skills and on forensic psychology. September 1983 to August 1998.

**Clinical Consultant**                                **Attention Homes, Inc.- Boulder**
   Provide consultative support and clinical supervision to the Program Manager/Clinical Director. Program provides residential treatment services and shelter to delinquent and dependent adolescents. April 1989 to March 1997.

**Clinical Consultant**                **Disabled American Veterans Training Academy, Denver**
   Participate in and conduct educational seminars providing information relating to identification and management of PostTraumatic Stress Disorder to disabled veterans in training to become National Service Officers.  January 1997 to December 1999.

**Clinical Consultant**                **Providence Psychological Services, Colorado Springs**
   Provide consultative support and clinical supervision to a staff of mental health professionals regarding their delivery of direct psychotherapy services to a population of elderly adults residing in their own residences and in residential care facilities. November 2000 to May 2001.

**Clinical Supervisor**                **Inroads Project - Colorado Springs**
   Provide consultative support and clinical supervision to the Clinical Director and the treatment staff regarding their efforts to develop and implement administrative policy, and provide individual, group, and family psychotherapy to a nonresidential population of Adjudicated delinquent youth participating in a diversion program. July 1993 to July 1996.

**Instructor**                **National Veterans Training Institute, Denver**
   Teach a seminar on identifying and working with difficult clients, i.e. clients experiencing PostTraumatic Stress Disorder, to a job placement specialist employed in State Job Service Centers nationwide.        November 1985 to August 1996.

**Supervisor of Clinical Services**        **Disabled American Veterans Outreach Services, Denver**
   Oversee psychological services provided by a staff of graduate student interns. Consult with treatment agencies and practitioners within the community regarding treatment of veteran clients experiencing Post Traumatic Stress Disorder.  Participate in formulation and implementation of policies and programs for psychological services being provided for veterans throughout Colorado. October 1982 to July 1993.

**Senior Member/Consultation Education Team**        **Disabled American Veterans, Denver**
   Participate in and conduct educational seminars providing information relating to identification and treatment of Post Traumatic Stress Disorder to mental health professionals, social service providers, and employers.  October 1982 to July 1993.

**Psychological Consultant**      **Boulder County Department of Social Services**
Provide consultation and psychological evaluations under contract to the Sexual Abuse team. The clients evaluated were perpetrators of child sexual assault. November 1989 to January 1991.

**Supervisor of Clinical Services**      **Boulder & Longmont Community Treatment Centers**
Supervise a team of therapists providing intensive psychotherapy and psychological evaluations to a population of probationers, parolees, and inmates of a community corrections facility. Develop and provide a program of staff development training experiences for a staff of correctional technicians and case managers. July 1985 to January 1987.

**Clinical Affiliate**      **University of Denver   Graduate School of Social Work**
Provide field instruction and supervision to graduate students working towards Master of Social Work degrees. September 1983 to June 1987.

**Clinical Consultant**      **Boulder Community Treatment Center, Boulder**
Provide intensive psychotherapy to a population of probationers, parolees, and inmates of a community corrections facility. Provide psychological evaluations of prospective inmates. Conduct a course of preventive education focused on drug and alcohol abuse. January 1983 to July 1985.

**Clinical Consultant   Loft House   Adams County Community Corrections Center, Denver**
Conduct a course of preventive education focused on drug and alcohol abuse directed towards a population of probationers, parolees and community corrections inmates. Conduct a psychotherapy group focused on the remediation of problems of drug and alcohol abuse. March 1983 to June 1984.

**Predoctoral Psychology Intern   Atascadero State Hospital   Atascadero, California**
Conducted individual and group psychotherapy with patients, conducted psychological evaluations, and provided consultation to hospital treatment staff. Atascadero State Hospital is a maximum security treatment facility providing treatment to a population of which approximately 50% are committed as mentally disordered sex offenders, 23% are committed as not guilty by reason of insanity, 12% are committed as incompetent for trial, and 15% are a mix of youth authority wards, conservatorship patients and transfers from prison. September 1981 to October 1982.

**Predoctoral Psychology Intern   California Polytechnic State University   San Luis Obispo, CA**
Conducted short-term supportive psychotherapy, vocational assessments, psychological evaluations, and crisis intervention with counseling center clientele. Participated in design and implementation of personal growth workshops and experiences for university student population. October 1981 to September 1982.

**Outreach Psychologist   Disabled American Veterans Outreach Service   Denver, Colorado**
Conducted psychological evaluations and provided short-term crisis oriented psychotherapy. Consulted with treatment agencies and resources within community for veterans and their families, conducted group psychotherapy for veteran clients. July 1980 to August 1981.

**Director of Clinical Services   Oasis of Chandala   Denver, Colorado**
Coordinated treatment planning for population of adult probationers, parolees, and ex-offenders. Supervised treatment activities of Oasis treatment staff. Provided supportive counseling in both individual and group settings. Provided intensive short-term psychotherapy. Designed and implemented a program evaluation strategy. Administered and interpreted psychological tests and prepared evacuations. September 1979 to July 1980.

**Resource Counselor   Regional Transportation District, Denver, Colorado**
Assisted in design and implementation of an employee assistance program for RTD employees and their dependents. Program offered psychological evaluations, short-term psychotherapy, consultation and referral to treatment agencies and resources within the community. Designed and implemented a program of life skills courses for employees. Provided consultation to management. September 1978 to September 1979.

**Psychology Intern          Crozer Chester Medical Center     Chester, Pennsylvania**
   Provided individual and group psychotherapy for a population of adult alcoholics. Prepared psychological evaluations. September 1977 to 1978.

**Group Home Supervisor       St. Gabriel's Hall,          Philadelphia, Pennsylvania**
   Planned and coordinated a therapeutic rehabilitation program for adjudicated delinquent adolescent males (ADAM) in a community-based treatment setting. Directed group home staff. Provided individual counseling to ADAM. June 1973 to July 1978.

## VOLUNTEER SERVICES

**Board of Directors       Association of Black Psychologists (ABPsi)       Washington, DC**
   The Association of Black Psychologists is a professional organization whose mandate is the enhancement of the mental health and psychological well being of people of African decent. The activities of the association include: 1) the development and provision of education and training via conferences; 2) facilitation of the professional development of professional psychologists providing services to African-Americans and other people of African decent; 3) consultation with policy makers, government officials, and business leaders regarding the development and implementation of policies and programs to enhance the psychological well being of people of African decent; and 4) dissemination of scientific knowledge regarding the psychological functioning of people of African decent. I served as the Chairperson of several Board committees, at different time periods, between September of 1988 through August of 1998. I held the elective office of Western Regional Representative to the Board, facilitating communication between the Board and members of the ABPsi in the western U.S. August 1999 to August 2001. I was reelected to a second term as Western Regional Rep. in August of 2003. I served as national President from August of 2005 until August of 2007. I currently serve on the Board as Chairperson of the Past Presidents Council.

**Committee Member       Character and Fitness Committee       Colorado Supreme Court Fitness Committee**

   The Character and Fitness Committee conducts interviews and assessments of applicants for admission to the practice of law in the state of Colorado. The committee is tasked to establish whether applicants a license to practice law in Colorado have the requisite character and fitness standards established in Colorado C.R.C.P. 208.3.3. I was appointed to the committee in May of 2019.

**Board of Directors       Asian Pacific Center for Human Development       Denver, Co.**
   The Asian Pacific Center is a specialty mental heath clinic chartered by the State of Colorado. Its mandate is to provide for the mental health needs of the Asian and Pacific-Rim refugees residing in Colorado. I served as the Board Secretary from January of 1988 to December of 1989. I served as Board President from January 1990 to December 1992. I accepted reappointment to the Board in January 2001 and served until December of 2007.

**Board of Directors   Denver-Rocky Mountain Association of Black Psychologists (D/RM-ABPsi)**
**Denver, CO**
   The D/RM-ABPsi is the Colorado Affiliate of the ABPsi, a professional organization whose mandate is the enhancement of the mental health and psychological well being of people of African decent. The activities of the association include: 1) the development and provision of education and training via conferences; 2) facilitation of the professional development of professional psychologists providing services to African-Americans and other people of African decent; 3) consultation with policy makers, government officials, and business leaders regarding the development and implementation of policies and programs to enhance the psychological well being of people of African decent; and 4) dissemination of scientific knowledge regarding the psychological functioning of people of African decent. I have served as the Chairperson of several Board committees, at different time periods, between September of 1982 through the present. I served at President of the D/RM-ABPsi from 1984 – 1987 and 1992-1993. I currently serve as Treasurer.

**Board of Directors**     **JustCare Inc.**     **Denver, Co.**
   JustCare Inc. is a non-profit agency cooperative developing unified methods of delivering health care services. I served on the Board of Directors from January of 1993 to December of 1995.

**Board of Psychologist Examiners**     **Colorado Department of Regulatory Agencies**
   I served as a volunteer oral examiner of candidates for licensure to practice psychology since April of 1987. I was appointed to two consecutive three-year terms of office to the board of examiners in July of 1993 and reappointed to a second term in July of 1996. I served until June 30, 1998.

**Board of Directors**     **Rocky Mountain Psychological Association (RMPA)**
   The Rocky Mountain Psychological Association is regional professional organization whose mandate is the enhancement of teaching of psychology in the Rocky Mountain region of the U.S. The activities of the association include 1) the development and provision of education and training via conferences; 2) facilitation of the professional development of psychology students and professional psychologists in the Rocky Mountain region of the U.S. I served as the Chairperson of the Committee for Groups Underrepresented in Psychology. May, 1988 to April,1995.

## TRAINING EXPERIENCES

Since 1982, I have conducted over 100 professional seminars ranging in length from 3 to 7 hours. The audiences have been lawyers, human services, and mental health professionals. Some of the sponsoring agencies/organizations have been:
1) American Bar Association
2) American Psychological Association
3) Arapahoe House Training and Development Center
4) Association of Black Psychologists
5) Boulder County Mental Health Center
6) Boulder Defense Bar
7) Colorado Defense Bar
8) Colorado Department of Health
9) Colorado Department of Human Services
10) Colorado Interagency Training Alliance
11) Colorado Parole Board
12) Colorado Society of Psychologists in Private Practice
13) Denver Mental Health Corporation
14) Disabled American Veterans
15) National Veterans Training Institute
16) Ohio Department of Labor
17) Rocky Mountain Psychological Association
18) U.S. Department of Veterans Affairs
19) University of Colorado
20) University of Southern Maine

Some of the topics covered in these professional seminars have been:
1) Diagnosis/treatment of Post Traumatic Stress Disorder
2) Diagnosis/treatment of Sexual Deviance
3) Managing violent clients/dangerous situations
4) Multicultural Issues /Diversity
5) Psychotherapy with African-Americans
6) Stress Management
7) Substance Abuse and African-Americans
8) Treatment of Adolescents and Problem Families
9) Working with Antisocial Personality Disorders
10) Predicting Violence Risk
11) Diagnosis/treatment of the Impact of Racism

Vita for Dr. Robert L. Atwell
Page 6 of 6
January 2020

## PUBLICATIONS

Atwell, Robert (1990) Culture and Mental Health. Odyssey West. Nov/Dec, 16

Atwell, Robert (2003) Impact of Sexual Abuse. Path Altered. (30 min. Docudrama with professional comments regarding the impact of sexual abuse on children and adults. Produced and Directed by Ali Jackson.