IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:20-cv-00078-CMA-SKC

**Plaintiff:**

A.C. as Parent and Next Friend of Minor S.T.C.,

**v.**

**Defendants:**

JEFFERSON COUNTY R1 SCHOOL DISTRICT, JEFF GOMEZ, individually, and WILLIAM CARLIN, individually.

---

**ORDER RE: DEFENDANTS' <u>UNOPPOSED</u> MOTON FOR RULE 35 EXAMINATION**

---

This matter comes before the Court on Defendants' Motion for Rule 35 Examination. The Court being fully advised, and finding good cause, GRANTS Defendants' Motion.

IT IS SO ORDERED. Plaintiff S.T.C. shall submit to a psychological examination conducted by Robert L. Atwell, PsyD, on February 28, 2022 beginning at 12:00 p.m. at 1761 Ogden Street, Denver, CO 80218, with a follow up interview via Zoom on March 7, 2022 beginning at 10:00 a.m.

Done this __ day of _____, 2022.

                                                  BY THE COURT:

                                                  _____