IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:20-cv-00078-CMA-SKC

**Plaintiff:**

A.C. as Parent and Next Friend of Minor S.T.C.,

v.

**Defendants:**

JEFFERSON COUNTY R1 SCHOOL DISTRICT, JEFF GOMEZ, individually, and WILLIAM CARLIN, individually.

---

### DEFENDANTS' RESPONSES TO PLAINTIFF'S FIRST REQUEST FOR WRITTEN DISCOVERY TO JEFFERSON COUNTY SCHOOL R-1

Defendants Jefferson County School District R-1, Jeff Gomez, and William Carlin, through undersigned counsel, submit the following responses to Plaintiff's First Request for Written Discovery to Jefferson County School R-1.

### GENERAL OBJECTIONS

1. Defendants have made a good faith effort to respond to the requests for written discovery but reserve the right to object to and update requested information in accordance with the Federal Rules of Civil Procedure. Further, discovery is ongoing, and Defendants may supplement these responses if more information is discovered and additional documents are located.

2. Defendants object to discovery requests seeking information protected from disclosure by the attorney-client privilege, the work product doctrine, and any other rule or privilege, confidentiality, or immunity provided by law.

3. Defendants object to any requests for written discovery seeking production of information which would violate privacy rights.

4. Defendants object to each request for written discovery calling for identification or production of documents previously produced in this litigation.

**Response:** Defendants object to this Request for Production as vague because the term "complete student record" is undefined and therefore could lead to an inaccurate or incomplete response.

Subject to this objection, Defendants state that the School District has produced all education records for S.T.C. in its possession, custody, or control. Those documents are Bates-labelled JCSD 00020-00128.

2. Please produce the complete student record for [SR].

**Response:** Defendants object entirely to this Request for Production because it seeks information that is protected from disclosure under the Family Educational Rights and Privacy Act, 20 U.S.C. § 1232g (FERPA), and the family of the student in question has objected to the disclosure of such information and records. The School District will not produce any student records for SR absent such consent or a court order.

Defendants further object to this Request for Production as overbroad and disproportionate to the needs of the case because it seeks all student records concerning a third party without regard to the relevance of such records to the allegations in this case. Defendants also object to this Request for Production because the term "student record" is undefined and therefore vague and ambiguous, which could result in an incomplete or inaccurate response.

Subject to these objections, Defendants will produce student records for SR relevant to the claims and defenses in this case but only in response to a Court order directing Defendants to do so consistent with FERPA.

3. Please produce the complete student record for [RR].

**Response:** Defendants object entirely to this Request for Production because it seeks information that is protected from disclosure under the Family Educational Rights and Privacy Act, 20 U.S.C. § 1232g (FERPA), and the family of the student in question objects to the disclosure of such information and records. The School District will not produce any student records for RR absent a court order.

Defendants further object to this Request for Production as overbroad and disproportionate to the needs of the case because it seeks all student records concerning a third party without regard to the relevance of such records to the allegations in this case. Defendants also object to this Request for Production because the term "student record" is undefined and therefore vague and ambiguous, which could result in an incomplete or inaccurate response.

Subject to these objections, Defendants will produce student records for RR relevant to the claims and defenses in this case but only in response to a Court order directing Defendants to do so consistent with FERPA.

4. Please produce any Title IX investigation in your possession involving S.T.C.

**Response:** Defendants have produced any documents related to the Title IX investigation related to STC's allegations of sexual harassment by Students R.R. and S.R., which are Bates-labelled JCSD 00760, 00761-00763.

5. Please produce all documents, communications, or other records related to S.T.C.'s complaints of sexual harassment and sexual assault.

**Response:** Defendants have produced or will produce documents responsive to this request, which are Bates-labelled JCSD 00129-00136, 00753-00763, 00779-00798-00800.

6. Please provide a roster of all employees at Everitt Middle School for each school year beginning with the 2010-2011 school year and ending with the 2017-2018 school year.

**Response:** Defendants object entirely to this discovery request as irrelevant and disproportionate to the needs of the case. Defendants have complied and will continue to comply with their obligations under Federal Rule of Civil Procedure 26 to disclose the names and contact information of any individuals with information relevant to this case. Further, the events underlying the claims in this case occurred during the 2016-2017 and 2017-2018 school years, so a list of staff at Everitt Middle School before or after that time frame would be irrelevant to this matter.

7. Please provide all materials related to the training of Mr. Carlin and Mr. Gomez on responding to and addressing sexual harassment and sexual assault.

**Response:** Defendants object to this Request for Production as overbroad and disproportionate to the needs of the case because it seeks training materials regardless of whether such materials were created, presented, or utilized during the time frame relevant to this case.

Subject to this objection, Defendants will produce documents responsive to this request and within their possession, custody, or control, namely a presentation from