I, Simone Avery, first being duly sworn on oath, do state the following:

1. I went to Everitt Middle School for seventh grade from 2010 through 2011 and for eighth grade from 2011 through 2012.

2. While I was a student at Everitt, there was a pervasive culture of sexual harassment and assault.

3. One way that it manifested was through Titty Touch Tuesday and Slap Ass Friday.

4. On Tuesdays, boys would grope girls' chests in the hallways between classes.

5. I developed at an early age, so I had large breasts in middle school, making me a target. There was nothing I could do to avoid it.

6. On Fridays, boys would slap girls' butts in the hallways.

7. This happened every week and it was widespread throughout the school.

8. Teachers were always out in the hallways and neither Titty Touch Tuesday nor Slap Ass Friday were hidden in any way.

9. Although teachers saw girls' assaulted and harassed on these days, they never took any action to stop it.

10. I never once saw a boy even told to stop, much less disciplined for their actions.

11. As I look back now as an adult, I can't believe that this was a thing in my school.

12. But at the time, because it was so normal and because teachers didn't do anything to stop it, I didn't even consider reporting it.

13. I felt like if the teachers allowed it to continue, it must be ok.

14. But it wasn't something I was comfortable with, and it certainly wasn't a game to me. It made me really self conscious about my body.

15. I never saw the school make any effort to address Titty Touch Tuesday or Slap Ass Friday. There was never an assembly, no announcement over the loudspeaker, no talks in our classrooms - nothing.

16. I also remember Ms. MacDonald, my counselor, telling me that I couldn't participate in school hug day because my breasts were too large.

17. And the school had a policy where if a student violated dress code or bled through on their period, they were forced to wear oops clothing - bright orange sweats with "Oops" written in large letters.

18. Although I saw boys sagging all the time in violation of dress code, I never saw any disciplined nor forced to wear the oops clothes - it was only girls.

19. Making an example out of girls by forcing us to wear bright colored clothing felt like something out of an Arizona prison.

Simone Avery

Notary for the State of: VA, Prince William County

Subscribed and sworn before me by Simone Avery this 20th day of October 2023

Name of Notary     Amahd Abasi Richburg

My commission expires: 04/30/2025

Notarized online using audio-video communication

COMMONWEALTH OF VIRGINIA · ELECTRONIC NOTARY PUBLIC
Amahd Abasi Richburg
REGISTRATION NUMBER
7910516
COMMISSION EXPIRES
April 30, 2025