I, Taylor "Reilly" Hamilton, first being duly sworn on oath, do state the following:

1. I attended Everitt Middle School for the 2012-2014 school years.

2. While I was a student at Everitt Middle School, sexual harassment and assault was rampent in the hallways.

3. Every Tuesday, boys would come up to girls during the period between classes and grope their breasts. This was called Titty Touch Tuesday.

4. Every Friday, boys would slap girls on the rear end and often would yell "Slap Ass Friday!" This was called Slap Ass Friday.

5. I was the victim of both Titty Touch Tuesday and Slap Ass Friday while at Everitt.

6. And it happened every week. I knew a lot of classmates who were similarly subjected to this harassment.

7. I saw it every week.

8. It was really widespread and pervasive throughout the school. Everyone, including teachers, knew about it.

9. Titty Touch Tuesday and Slap Ass Friday were so well known and with teachers and administrators seeing it every week and failing to act that I didn't even think to report it. It was normal in my life and at that age, I assumed that it must be ok if the teachers and school weren't taking any action to stop it.

10. Teachers saw it happen every Tuesday and Friday and didn't anything to stop it. The Principal and other administrators must have been aware, but nobody was ever disciplined.

11. The school never held an assembly, there was no classroom discussion, no loudspeaker announcement, and no boys were ever disciplined. I never saw or heard of any effort to stop these assaults.

12. The school just didn't take this seriously.

13. The whole thing was so frequent and common that it was almost normalized.

14. But this was not a game. It happened so frequently that I would walk with my backpack down over my butt to protected myself.

*Taylor Lynne Hamilton*
Taylor "Reilly" Hamilton

Notary for the State of: VA, Prince William County

Subscribed and sworn before me by Taylor "Reilly" Hamilton

this 20th day of October 2023

Name of Notary  Amahd Abasi Richburg

My commission expires: 04/30/2025

Notarized online using audio-video communication

Amahd Abasi Richburg
REGISTRATION NUMBER
7910516
COMMISSION EXPIRES
April 30, 2025