I, Annie Maxwell, first being duly sworn on oath, do state the following:

1. I went to Everitt Middle School for seventh and eighth grades between 2012 and 2014.

2. When I started at Everitt, I quickly became aware of a culture of sexual harassment and assault.

3. Predominant in this culture were Titty Grab Tuesday and Slap Ass Friday.

4. Every Tuesday, boys would grab girls' breasts in the hallways between classes.

5. Every Friday, boys would slap girls' butts in the hallways between classes.

6. This happened to me every week.

7. Every Friday, my butt was slapped by random boys in the hallways on my way to class. Most Fridays, it happened between every single class.

8. On most Tuesdays, boys would grab my breasts in the halls as part of Titty Grab Tuesday.

9. This continued for my entire two years at Everitt.

10. It wasn't just me. I saw it happening to other girls in the hallways on Tuesdays and Fridays throughout my time at Everitt.

11. In the beginning of my seventh grade year in 2012, I complained and reported both Titty Grab Tuesday and Slap Ass Friday to my teachers.

12. I was told to report harassment to a trusted adult, so that's what I did.

13. I also reported incidents of sexual harassment and sexual assault to Mr. Gomez. As part of those conversations, I believe that I also reported Titty Grab Tuesday and Slap Ass Friday to Mr. Gomez.

14. Additionally, I know that multiple friends of mine reported Titty Touch Tuesday and Slap Ass Friday to Mr. Gomez. My friends told me that they did this and I knew that Mr.

Gomez, other administrators, and teachers were well aware of Titty Touch Tuesday and Slap Ass Friday while I was a student at Everitt.

15. Unfortunately, nothing was ever done to address it.

16. There was never any assembly, no class discussions, no announcements over the loudspeaker. Nothing.

17. And it didn't stop after I reported it to Mr. Gomez and my teachers.

18. The school did not take this seriously and did nothing to stop it.

19. In response to this, I started wearing baggy clothing to school and would often wear my backpack slung low to try to block boys from touching my butt.

20. This was not the only circumstance that I was harassed or sexually assaulted while attending Everitt. Nothing was ever done about any claims I made about what I endured.

21. This impacted me greatly and was extremely detrimental to my mental health. I was suicidal thoughts and actions for years and still carry that trauma with me in my day to day life.

22. I did not feel safe at school.

_____
Annie Maxwell

State of Texas, County of Harris

Subscribed and sworn before me by Annie Maxwell

this 20th day of October 2023

_____
Name of Notary

My commission expires: 01/05/2025



Abril Murray
ID NUMBER
13285140-3
COMMISSION EXPIRES
January 5, 2025

Notarized online using audio-video communication