I, Rosemary "Hayden" Howard, first being duly sworn on oath, do state the following:

1. I attended Everitt Middle School for the 2013-2015 school years.

2. While I was a student at Everitt Middle School, there was something called Titty Touch Tuesday. Every Tuesday, boys would come up to female appearing students during the period between classes and grope their breasts.

3. Also, every Friday, boys would slap female appearing students on the rear end and often would yell "Slap Ass Friday!"

4. Only boys did this to female appearing students.

5. It was really widespread throughout the school.

6. I was subjected to both Titty Touch Tuesday and Slap Ass Friday every week. Indeed, every female appearing students at Everitt were assaulted under Titty Touch Tuesday and Slap Ass Friday.

7. Titty Touch Tuesday and Slap Ass Friday were so well known and with teachers and administrators seeing it every week and failing to act that I didn't see a point in complaining. Since I knew that there had been complaints and teachers saw this conduct, I didn't see any point in complaining.

8. Teachers saw it happen every Tuesday and Friday and didn't anything to stop it. The Principal and other administrators must have been aware, but nobody was ever disciplined.

9. The school never held an assembly, there was no classroom discussion, no loudspeaker announcement, and no boys were ever disciplined. I never saw or heard of any effort to stop these assaults.

10. The whole thing was so frequent and common that it was almost normalized.

11. But this was not a game. It happened so frequently that I would walk with my buttocks against the wall and would carry a binder over my breasts to keep the boys from groping me.

12. While I was a student at Everitt, the school would make female appearing students wear orange pants and shirts with oops written on them as almost a scarlet letter. I never saw a boy forced to wear the oops clothing. It seemed to like was done just to humiliate female appearing students.

13. This has affected my life even into adulthood. I have severe anxiety going into public places. I am constantly afraid of someone coming up behind me and touching me in ways I don't want to be touched. I don't let my friends walk behind me even because of how scared it makes me. I have nightmares about it. The emotional affects will continue to haunt my daily life and the fact that some people still seem to not care makes it worse. I don't want to live in fear because of something that happened when I was 12 and 13 and its not fair to me, or any of the other people who were subjected to this.

*Rosemary Howard*   10/20/2023

Rosemary "Hayden" Howard

Commonwealth of   Virginia

County of   Dinwiddie

Subscribed and sworn before me by Rosemary "Hayden" Howard

this 20th day of October 2023

*Yaminah Lynette Knight*   7815930

Name of Notary
Yaminah Lynette Knight
Electronic Notary Public

My commission expires: _____   03/31/2027



Yaminah Lynette Knight

REGISTRATION NUMBER
7815930

COMMISSION EXPIRES
March 31, 2027

Notarized online using audio-video communication