I, Samantha Younger, first being duly sworn on oath, do state the following:

1. I attended Everitt Middle School for seventh and eighth grades between 2015 and 2017.

2. While I was a student at Everitt, male students engaged in something called Titty Touch Tuesday and Slap Ass Friday.

3. During Titty Touch Tuesday, girls' breasts would be grabbed in the hallways. This happened many Tuesdays.

4. On Fridays, girls' butts were slapped as they walked through the halls. This happened every Friday.

5. I was only subjected to Slap Ass Friday, but it happened to me every week, often more than once per day.

6. I also saw Titty Touch Tuesday most weeks.

7. Most, if not all, girls at Everitt were subjected to this culture.

8. Everyone in the school knew about it and teachers watched it happen in the hallways.

9. Sometimes, I would try to get out of going to school on Fridays to avoid being harassed. When I was in school on Fridays, I would try to walk with my backpack slung down over my butt or I would walk sideways with my butt along the lockers to try to protect myself.

10. The school did not take this seriously and did nothing to stop it.

11. I never complained because it was clear that the school knew about it and I didn't think another student complaining would do anything since nothing was being done anyway.

12. For me, this wasn't a game. It was really upsetting. I still struggle to trust men in my life and I am often uncomfortable in my surroundings because of going through this experience at such a young age.

*Samantha Nicole Younger*
Samantha Younger

Subscribed and sworn before me by Samantha Younger

this 20th day of October 2023

*Aimani Lawless*
Name of Notary

Aimani Lawless
ID NUMBER
13358178-3
COMMISSION EXPIRES
February 10, 2026

My commission expires: 02/10/2026

Notarized online using audio-video communication