I, Anna Clark, first being duly sworn on oath, do state the following:

1. My daughter is Sarah Tankersely-Clark, a former student at Everitt Middle School in the Jefferson County School District R-1.
2. On the afternoon of May 15, 2017, I learned that my daughter Sarah had been sexually assaulted by two of her friends on dozens of occasions, both on and off school grounds.
3. I immediately called the school to report these assaults to the Principal, Jeff Gomez.
4. That evening, fearing that the school wouldn't take my daughter's assaults seriously, I took Sarah down to the Wheat Ridge police station to report her assaults.
5. The next morning, I went to the school with Sarah to speak with the Principal.
6. Instead, we briefly sat with Vice Principal Carlin.
7. Sarah told Mr. Carlin that she had been sexually harassed and assaulted both on and off school grounds by two boys at the school.
8. Mr. Carlin did not ask any questions nor take any notes.
9. Mr. Carlin did tell Sarah that Randy and Sebastian's conduct was "how boys show you that they like you."
10. Mr. Carlin then asked Sarah to write a personal statement in another room.
11. Sarah was then forced to miss out on final exams, sitting in the counselor's office for the final week of school.
12. Over the summer, I repeatedly asked the police for a restraining order.
13. I was told by the police that without some information from the school, they would not be able to put a restraining order in place.
14. Sarah was not a part of those conversations and did not have knowledge about how to get a restraining order.
15. However, without the restraining order, the boys continued to harass Sarah. They would walk by the house, text or message her on social media. It was awful.
16. But without a restraining order, there wasn't much we could do.
17. When Sarah's eighth grade schedule came out in early August, she immediately was thrown into a panic. She had been placed into classes with both Randy and Sebastian.
18. She told me that she couldn't be in class with either of these boys. I didn't want her in class with either of these boys.

19. I emailed the school to express my concern for their lack of effort in protecting Sarah.
20. The school knew that these boys had sexually assaulted Sarah, but they made no effort to make sure that Sarah was safe.
21. When we went to the school, Sarah and I met with Principal Gomez to find out how the school could keep Sarah safe.
22. Mr. Gomez said that he could move Sarah out of the classes with these boys.
23. Immediately, Sarah contested that she shouldn't be forced to move out of the honors classes because she was a victim of sexual assault.
24. However, Mr. Gomez said that he wouldn't move the boys and that if Sarah didn't want to have class with these boys, she would need to be the one to move.
25. It was clear to me that Mr. Gomez was siding with Randy and Sebastian and placing the burden of Sarah's needs for safety entirely on her.
26. When faced with the option of class with these boys or remedial classes without them, Sarah didn't really have a choice, so she accepted personal safety over honors classes.
27. Mr. Gomez told me that he couldn't remove Randy or Sebastian from their classes without a restraining order.
28. This didn't seem correct but instead like he was making an excuse so that he could protect these boys.
29. Because Mr. Gomez had told me that he wouldn't move these boys without a restraining order, I immediately called the police to find out what the hang up was.
30. I was told that the school wasn't cooperating with the police and that they were the ones keeping the police from filing charges and providing Sarah with a restraining order.
31. As the school year began, Sarah continued to complain to me about how it was unfair that all of the burdens and all of the changes were falling on her for coming forward.
32. I continued to call the school, including Mr. Gomez, to complain about Sarah having to make all of the sacrifices when she was the one who was assaulted.
33. I also emailed Ms. MacDonald to let her know that Sarah was still struggling with the burdens being placed on Sarah.
34. I told Ms. MacDonald that it wasn't right that Sarah had to make all the changes and miss out on the honors classes.

35. I also told Ms. MacDonald that Sebastian and Randy's friends were making harassing comments to Sarah.

36. While Randy and Sebastian refrained from harassing Sarah, their friends did it for them.

37. At a loss, I asked whether Sarah should just complete eighth grade online.

38. However, it was too late for this and Sarah told me that she didn't want to be forced to leave her school because of her assaults.

39. The school clearly wasn't protecting her nor providing her with the educational opportunities that she deserved.

40. The school wasn't making the hallways a safe place for Sarah - so I figured that maybe online would protect her.

41. However, this suggestion was only because the school continued to place Randy and Sebastian on a pedestal, protecting them and leaving Sarah to cope alone.

42. Sarah and I met with Ms. MacDonald early in the school year to discuss these concerns.

43. Again, we were told that Sarah could only be put in the honors classes if she was willing to be in class with Randy and Sebastian.

44. Since that was a non-starter, Sarah and I tried to make the best of a bad situation.

45. I would not say that the school supported her.

46. When I met with Ms. MacDonald in October of 2017, I told her that Everitt Middle School had the characteristics that we wanted in a school - that it was close to the house, had good educational opportunities, etc.

47. I never told her that I was happy with how Sarah was being treated.

48. I called almost every week and often went down to the school to tell Ms. MacDonald and Mr. Gomez that Sarah was continuing to be harassed by Randy and Sebastian's friends.

49. This harassment went on for months. I kept calling and stopping by the school and Sarah kept complaining to Ms. MacDonald and Mr. Gomez about being called a whore and a slut by Randy and Sebastian's friends.

50. No amount of reports or complaints seemed to do anything.

51. The boys kept harassing Sarah and Mr. Gomez did nothing to stop it.

52. At some point, it became clear that the school wasn't going to protect Sarah and she gradually started doing all of her classes in the counselor's office.

53. The school made Sarah a "T.A." in Ms. MacDonald's office. But that just meant that Sarah wasn't in class getting an education. Instead, she just sat in the counselor's office listening to music.
54. This whole ordeal was incredibly difficult on Sarah. We ultimately had to leave the JeffCo schools because she wasn't getting the education she needed or deserved.

Virginia
Prince William County

Subscribed and sworn before me by Anna Clark this 20th day of October 2023

*Saidur Rahman Bhuyan*
Name of Notary

My commission expires: 01/31/2025

*Anna Marie Tankersley-Clark*
Anna Clark


Notarized online using audio-video communication