I, Tashanya Rumley, first being duly sworn on oath, do state the following:

1. I attended Everitt Middle School for seventh grade during the 2013-2014 school year and for eighth grade during the 2014-2015 school year.
2. I was contacted by representatives to sign an affidavit recently.
3. I am offering this second affidavit to provide additional information which was not included in the affidavit prepared by the School District.
4. While I was never subjected to nor personally witnessed Titty Touch Tuesday or Slap Ass Friday, I was aware of Titty Touch Tuesday and Slap Ass Friday during my time at Everitt Middle School.
5. Almost everyone was aware of Titty Touch Tuesday and Slap Ass Friday at Everitt.
6. While I never personally witnessed Titty Touch Tuesday or Slap Ass Friday, one of my friends told me about Slap Ass Friday happening to her while she was there.
7. Additionally, I knew of several classmates who complained to Everitt teachers about Titty Touch Tuesday and Slap Ass Friday while I was a student there.
8. I never heard any teacher, school counselor, administrator, Vice Principal, or Principal ever address Titty Touch Tuesday or Slap Ass Friday. There was never an assembly, never an announcement, no classroom discussions, nor any effort to address Titty Touch Tuesday or Slap Ass Friday.

*Tashanya Acacia Rumley*
Tashanya Rumley

Virginia
Prince William County

Subscribed and sworn before me by Tashanya Rumley

this 20th day of October 2023

*Saidur Rahman Bhuyan*
Name of Notary

My commission expires: 01/31/2025



Notarized online using audio-video communication