I, Kennedy Massa, first being duly sworn on oath, do state the following:

1. I was a student at Everitt Middle School from 2011 to 2013. Everitt is where I attended seventh and eighth grades.
2. While I was a student at Everitt, I was sexually harassed and assaulted in the hallways between classes most weeks.
3. On Tuesdays, boys would run up and grab my breasts. This was known as Titty Touch Tuesday.
4. I wasn't alone. I would see girls groped like this nearly every Tuesday for my entire middle school experience.
5. On Fridays, boys would run up and slap my butt. This was known as Slap Ass Friday.
6. Again, I would see girls harassed like this nearly every Friday.
7. Most of the girls at Everitt were subjected to this treatment while they were students there.
8. My friends and I would often talk about it.
9. However, the school did not take this seriously.
10. The school never held an assembly, class discussion, or announcement on Titty Touch Tuesday and Slap Ass Friday. The school never did anything to address it.
11. To my knowledge, no boy was ever stopped or disciplined for their assaults.
12. All of this happened in the hallways where teachers were present.
13. This wasn't hidden, so teachers must have seen it.
14. But I never saw any teacher do anything to stop it.
15. This was not a game for me. It hurt and it affected me.

16. I started to wear baggy clothes, sports bras instead of regular bras, and other changes in clothing to try to blunt the pain and not draw attention to myself. I also would walk through the hallways with my backpack slung down to protect my butt on Fridays. Most girls did this.

17. There was also a school policy where whenever a girl was cited for a dress code violation or had bled through while menstruating, the school would force us to wear oops clothing. Oops clothes were humiliating. They were bright orange, huge, and had OOPS written across them. I never saw a boy ever required to wear oops clothing. It seemed to be an effort to target and humiliate girls for their bodies.

*Kennedy Massa*

Kennedy Massa

Virginia
Prince William County

Subscribed and sworn before me by Kennedy Massa this 20th day of October 2023

*Saidur Rahman Bhuyan*

Name of Notary

Saidur Rahman Bhuyan
REGISTRATION NUMBER
7917594
COMMISSION EXPIRES
January 31, 2025

Notarized online using audio-video communication

My commission expires: 01/31/2025