```
            ****  CONFIDENTIAL  ****  DO NOT DISCLOSE  ****
 1              IN THE UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF COLORADO
 2
     Case No. 1:20-cv-00078-CMA-SKC
 3   _____

 4                      ****CONFIDENTIAL****
     VIDEOTAPE DEPOSITION OF:  S.T.C - MARCH 28, 2022
 5   _____

 6   A.C. AS PARENT AND NEXT FRIEND OF MINOR S.T.C.,

 7   PLAINTIFFS,

 8   V.

 9   JEFFERSON COUNTY R1 SCHOOL DISTRICT ,JEFF GOMEZ,
     INDIVIDUALLY, AND WILLIAM CARLIN, INDIVIDUALLY,
10
     DEFENDANTS.
11   _____

12

13          PURSUANT TO NOTICE AND AGREEMENT, THE

14   VIDEOTAPE DEPOSITION OF S.T.C. was taken on behalf of

15   the Defendant, via Zoom videoconferencing, on

16   March 28, 2022 at 9:09 a.m., before Kimberly A. Ritter,

17   Registered Professional Reporter and Notary Public

18   within Colorado.

19

20

21

22

23

24

25      Job No. 849390
```

```
                                                           Page 2
 1                    A P P E A R A N C E S

 2    For the Plaintiff:       Edward Milo Schwab, Esq.
                               Ascend Counsel, LLC
 3                             2401 South Downing Street
                               Denver, CO  80210
 4                             milo@ascendcounsel.com

 5    For the Defendant:       M. Gwyneth Whalen, Esq.
                               Elliott V. Hood, Esq.
 6                             Anne L. Stuller, Esq.
                               Caplan and Earnest, LLC
 7                             3701 Iris Avenue
                               Suite 100
 8                             Boulder, CO  80302
                               gwhalen@celaw.com
 9                             ehood@celaw.com
                               Astuller@celaw.com
10
      Videographer:            Mark Rogers
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

```
                                                              Page 3
 1                              INDEX

 2    EXAMINATION OF SARAH TANKERSLEY-CLARK:              PAGE
      March 28, 2022
 3
      By Ms. Whalen                                          5
 4    By Mr. Schwab                                        217

 5    INITIAL REFERENCE DEPOSITION EXHIBITS:              PAGE

 6    Exhibit 1    15 STC Parole Board Letter              64
                   (JCSD 00263-00264)
 7
      Exhibit 2    26 ENSO Counseling records              70
 8                 (JCSD 01094-01098, 01103-01105,
                   1158-01163)
 9
      Exhibit 3    22 Calendar Log (JCSD 00112-00119)      94
10
      Exhibit 4    01 2016-2017 Final Family Calendar     104
11                 (JCSD 00815)

12    Exhibit 5    03 Sarah written statement about       104
                   SR.RR harassment (JCSD 02234)
13
      Exhibit 6    06 Student Support Plan (JCSD 00128)   122
14
      Exhibit 7    18 Jefferson Center records            134
15
      Exhibit 8    10 Safety Plan for STC (JCSD 0060)     135
16
      Exhibit 9    12. JCSD Allison response 2017.11.15  152
17                 STC re identifying boys (JCSD 00133)

18    Exhibit 10   11. STC email to Allison 11.15.17     165
                   and Gomez response (student names
19                 redacted)(JCSD 00132)

20    Exhibit 11   16. STC statement to court re Randy   165
                   Harm (STC0051)
21
      Exhibit 12   14. STC essay about incident          168
22
                       INFORMATION REQUESTED:
23                           (None)

24               QUESTIONS INSTRUCTED NOT TO ANSWER:
                             (None)
25
```

```
                                                       Page 4
 1          WHEREUPON, the following proceedings were
 2   taken pursuant to the Federal Rules of Civil Procedure.
 3          VIDEOGRAPHER:  We are on the record at
 4   9:09 a.m. on March 28th, 2022.  We are here via Zoom
 5   for the video-recorded deposition of Sarah
 6   Tankersley-Clark in the matter of A.C., as parent and
 7   next friend of minor, S.T.C., versus Jefferson County
 8   R-1 School District, et al., in the United States
 9   District Court for the District of Colorado.  This is
10   civil action number 1:20-cv-00078-CMA-SKC.
11          The videographer is Mark Rogers.  The court
12   reporter is Kim Ritter of Hansen & Company Litigation
13   Services.
14          Will counsel please state their appearance,
15   beginning with Plaintiff's counsel.
16          MR. SCHWAB:  Milo Schwab on behalf of
17   Plaintiff, Sarah Tankersley-Clark, who appears with me
18   here remotely.
19          MS. WHALEN:  Gwyneth Whalen on behalf of the
20   Defendants, Jefferson County School District, Jeff
21   Gomez and William T. Carlin.
22          THE VIDEOGRAPHER:  Will the court reporter
23   please swear in the witness.
24          THE REPORTER:  Ms. Clark, would you raise
25   your right hand for me, please.
```

```
                                                       Page 110
 1         Q.    And you never reported to Mr. Gomez any
 2   concerns about titty touch Tuesday or slap ass Friday,
 3   correct?
 4         A.    Correct.
 5         Q.    And you never reported even to Ms. MacDonald
 6   any concerns about titty touch Tuesday or slap ass
 7   Friday, correct?
 8         A.    I did.
 9         Q.    With Ms. MacDonald?
10         A.    I did, yes.
11         Q.    Okay.  When did you do that?
12         A.    The beginning of seventh grade.
13         Q.    Okay.  What did you tell Ms. MacDonald?
14         A.    Had to be September.
15         Q.    September?
16         A.    Yes, in September.
17         Q.    What did you tell her?
18         A.    Like, Sep -- the end of September.  I have to
19   look at my paperwork.  I didn't look at that, I'm
20   sorry.
21         Q.    What paperwork do you have that would help
22   you remember this?
23         A.    I write things down, my own -- my own
24   knowledge.  Like, I write things down, like, my -- my
25   diaries, my stuff.
```