


# Wheat Ridge Police Department

## Incident: 201710538

### Incident details:

**Incident Type:**

**Incident time:** 09/26/2017 11:00 -

**Reported time:** 10/16/2017 14:31

**Incident location:** 3900 KIPLING ST, WHEAT RIDGE, Colorado USA 80033 (EVERITT MIDDLE SCHOOL) (Beat: WHEAT RIDG)

**Incident status:**

**Reporting officer:** #03-3 CUNEY, K.

**Investigator:**

**Summary:** 18-8-104 OBSTRUCTION OF A POLICE OFFICER (M) (CALL CODE: HARASS) // Offenses: 18-8-104 OBSTRUCT OFFICER (OPEN)

### Involved Persons:

**Name:** CARLIN, TIM  **Gender:** Male

**Classification:** Suspect  **DOB:** 02/10/1978

**DL:**

**Address:** 3900 KIPLING ST, Bld: ASST PRINCIPAL, WHEAT RIDGE, CO USA 80033 (EVERITT MIDDLE SCHOOL) (Beat: WHEAT RIDG)

## Reports:

### General report:

Author: #03-3 CUNEY, K.  Report time: 10/16/2017 14:32

Narrative:

Text:
On 092617, I received an email from Detective Johnson requesting that I obtain written statements from two suspects regarding case number 17-4801 from the vice principal of Everett Middle School, located at 3900 Kipling St. The vice principal at Everett Middle School, Tim Carlin, had done his own investigation of an unlawful sexual contact case that was reported to the police by the parent of the victim on 051517. When I was notified of the incident on 051617, by an email I received from the initial reporting officer, I immediately contacted the school about the incident. I spoke with Carlin who advised that he had already "investigated" the incident and he provided me with a written statement from the victim and a witness. He then told me he wasn't done with the investigation and at that point I told him it was now a police investigation and that he needed to turn it over to me and stop speaking with the students involved. His concerns were that he wanted to pursue school consequences for the suspects and he needed to finish his investigation and speak with the male suspects. I advised again that it was a police investigation and to discontinue his investigation. I advised him that school discipline was his concern; however, it should not interfere with the police investigation. He became argumentative and I told him that the investigation is criminal and that he needs to turn over everything he had up until the point I took over. He provided me with a written statement from the victim and one from a witness. Carlin advised at that time that was all he had.
On 051617, I briefly spoke with the victim at the request Sgt. Lima to get some details of the crime. I then contacted Sgt. Wilkinson and explained the situation of the case. Sgt. Wilkinson advised that Detective Johnson would be taking the investigation.
This incident occurred near the end of the school year. School was out on 052017 and the incident was reported only a few days before that. I contacted school administration to verify that a safety plan had been put into place and I was advised that the plan was to have the victim spend the rest of the week in a counselor's office, doing her school work from there.
Detective Johnson contacted me about the case during the summer of 2017 requesting written statements from the suspects and asked that I contact Tim Carlin to see if he had statements. Up to this point I was not aware that there were statements, including written statements from suspects as Carlin had told me he had given all of the information in May. I advised Detective Johnson that I did not have contact with the staff at school during the summer but I would try to get some information for her when they returned to school in August.
On 092617, Detective Johnson asked me if the written statements were available. I contacted Carlin and asked him if he had information or statements that had not already been provided to the police. He stated that it was "a long time ago" and said that he could get the statements to me but said "I'm not sure I should give them to you". He then said that I had told him that his investigation was his. I told him that the school discipline was his issue but the criminal investigation and all evidence pertaining to it was a police issue. He stated that he had concerns about the "privacy" of the students. I advised that the statements were evidence in the case and that the detective needed the statements. Carlin was argumentative, stating that he wasn't going to give them to me because that was part of his investigation. I told him that the statements were police evidence and he needed to surrender them. He continued to be argumentative stating that he wanted to contact the "district" and find out if he has to give them to me. I repeated that the detective needed the statements. He said "I guess if the detective is requesting them but I don't know". He then stated that he wanted the detective's phone number and he would call her. I told him that I would let Detective Johnson know about the conversation. I was never provided the statements from Carlin.
I then told Detective Johnson that Carlin was refusing to provide the statements to me and that he wanted to contact the district before doing so. I also advised Sgt. Wilkinson of the situation at the beginning of my shift on 092717.
Submitted by: K. Cuney 033

## Supplemental:

| | | | |
|---|---|---|---|
| **Author:** | #13-1 JOHNSON, R. | **Report time:** | 10/27/2017 15:18 |
| **Entered by:** | LEGACY CONVERSION | **Entered time:** | |

**Narrative:**

Attachment:
Timeline

Text:
See attached.

R. Johnson 131

Printed: 05/28/2020 08:45 by 00-2RC

Page: 3 of 3

STC0010

05/15/2017:
-Prior to going to the police department, ▇▇▇ called the school and left a voicemail for Vice Principal (VP) Carlin. VP Carlin returned her call that day and they spoke around 1520 hours. They arrange to come to the school the next morning (05/16/2017).
▇▇▇ and ▇▇▇ walk into the police department for the initial report (Ofc. B. Davis). ▇▇▇ boyfriend encouraged them to also go to the police because the school may not be able to do anything. (1859 hours)
-Davis notified Det. Sgt Lima and emailed Officer Cuney.

05/16/2017:
▇▇▇ and ▇▇▇ went to the school to talk to VP Carlin regarding a "sexual assault" (when school opened at 0715). VP Carlin explained the school would have to work with police.
▇▇▇ is interviewed by Vice Principal Carlin. It was more, "just fill out an incident report". ▇▇▇ doesn't remember Mr. Carlin asking questions. Other than she thinks he may have asked if all of it happened on school grounds.

Also 05/16/2017:
-Officer Cuney received an email from Ofc. Davis about the case and then spoke to Sgt. Lima about the report. Officer Cuney is asked to get an initial statement from the victim.
-Officer Cuney contacted VP Carlin, immediately, in morning, when she arrived at school approximately 0930 hours to notify him about the incident. VP Carlin is already aware of the offense because he was notified by victim and mother (on 05/15/2017). VP Carlin had started his own investigation and had a written statement he obtained from ▇▇▇ and a witness, ▇▇▇
-Ofc. Cuney advised VP Carlin to stop his investigation.
-VP Carlin advised he was not done with the investigation and was concerned with pursuing school consequences for the suspects and needed to speak with them. Ofc. Cuney advised him this was now a police investigation and to stop speaking with the students involved; specifically, not to interview the suspects.
-Ofc. Cuney speaks with ▇▇▇
-Officer Cuney advised VP Carlin a safety plan needed to be in place. School plan was to have victim spend the last week of school in the counselor's office.

At some point in time, ▇▇▇ and ▇▇▇ are interviewed by VP Carlin, despite being told otherwise by Ofc. Cuney and are suspended for two days. (This is all unknown to law enforcement)

05/18/2017:
-The case is assigned to Det. Johnson due to the complexity and possibility of a felony level crime. A forensic interview is set up for 06/06/2017.
-Investigation is ongoing throughout the summer (ie: witness interviews, Elitch's, cell phone download).
-During the summer, Det. Johnson was notified by ▇▇▇ of social media harassment. Det. Johnson photographed the social media from ▇▇▇ phone and printed screen shots from online social media sites.

July 6th:
-Det. Johnson begins to piece together the investigation and begins to suspect the school knows more information about the offense, because ▇▇▇ and ▇▇▇ were suspended.

-Det. Johnson emailed Ofc. Cuney about obtaining the remainder of the school's investigation, specifically the suspects statements if there are any. We decide to wait until staff returns to school from summer break.

Week of Aug 10th (when staff returns to school):
▮ calls Det. Johnson to report ▮ is scheduled to be in classes with the suspects. Det. Johnson informs Ofc. Cuney. Ofc. Cuney addresses this issue/safety plan with the school.

September 26th:
-Det. Johnson emails Ofc. Cuney about the school's investigation/suspects statements.
-Ofc. Cuney contacts VP Carlin who conducted the investigation, and told her he doesn't feel he needs to share this information with police with concern for the student's privacy. VP Carlin and Ofc. Cuney discuss who the investigation belongs to and Ofc. Cuney clarifies that the discipline issue is his, but the criminal investigation and all evidence related is a police issue. VP Carlin becomes argumentative about providing his investigation, stating he will call the district and Det. Johnson. He never provided the statements to Ofc. Cuney or contacted Det. Johnson.
-Ofc. Cuney notifies Det. Johnson and Sgt. Wilkinson of the conflict with VP Carlin.

September 27th:
-Det. Johnson notified police chain of command of the initial failure to report and obstruction with the investigation, who notified Jefferson County School Administration. Ultimately, the written statements from ▮ are provided to WRPD by school administration.
-Det. Johnson speaks to ▮ bout her concerns with the school safety plan. ▮ and the school attempted to work out a safety plan for ▮, which ultimately resulted in her being removed from her honors science class, no music class, and sitting in the counselor's office with Mrs. McDonald for 2nd, 3rd, and 4th period class, rather than having a classroom experience ▮ expressed that she was not happy with this solution and didn't understand why ▮ had to make concessions; meanwhile, the boys did not.

September 29th:
-Det. Johnson interviews VP Carlin.

October 4th:
-Det. Johnson interviews ▮
-Contacts Recreation Center staff.

October 6th:
-Det. Johnson interviews ▮

October 11th:
-Det. Johnson files the case with Jefferson County DA.



**WHEAT RIDGE POLICE DEPARTMENT**
**INCLUSIVE CASE REPORT**

Wheat Ridge Police
7500 W. 29th Ave.
Wheat Ridge
CO.80033

Case Number: 201710538
Printed: 10/24/2017
Page 1 of 2

Report Title: 18-8-104   OBSTRUCTION OF A POLICE OFFICER     Report Date/Time: 10/16/2017 2:32:10 PM
Occurred On or Between Date/Time: 9/26/2017 11:00:00 AM -
Incident Location: _____   Apt _____   City: WHEAT RIDGE   State: CO
Name/Business: _____
Case Clearance: _____   Case Clearance Date: _____

### Offense

Offense Code: 18-8-104     Offense: OBSTRUCT OFFICER
CSA: COMPLETED   Location: _____   Offense Clearance: OPEN

### Person

Person Type: _____
Name Type: _____   Last: _____   First: _____   Middle: _____
Address Type: _____   Address: _____   Apartment: _____
City: _____   State: _____   Zip: _____   Phone: _____
DOB: _____   Age at Incident: _____   Sex: _____   Race: _____   Height: _____   Weight: _____
Hair Color: _____   Eye Color: _____   Driver License: _____   State: _____

### Narrative/Summary

**Narrative - IR Text:**

On 092617, I received an email from Detective Johnson requesting that I obtain written statements from two suspects regarding case number 17-4801 from the vice principal of ████████ located at ████████. The vice principal at ████████, ████████ had done ██ own investigation of an unlawful sexual contact case that was reported to the police by the parent of the victim on 051517. When I was notified of the incident on 051617, by an email I received from the initial reporting officer, I immediately contacted the school about the incident. I spoke with ████████ who advised that ██ had already "investigated" the incident and ██ provided me with a written statement from the victim and a witness. ██ then told me ██ wasn't done with the investigation and at that point I told ██ it was now a police investigation and that ██ needed to turn it over to me and stop speaking with the students involved. ██ concerns were that ██ wanted to pursue school consequences for the suspects and ██ needed to finish ██ investigation and speak with the ██ suspects. I advised again that it was a police investigation and to discontinue ██ investigation. I advised ██ that school discipline was ██ concern; however, it should not interfere with the police investigation. ██ became argumentative and I told ██ that the investigation is criminal and that ██ needs to turn over everything ██ had up until the point I took over. ██ provided me with a written statement from the victim and one from a witness. ██ advised at that time that was all ██ had.
On 051617, I briefly spoke with the victim at the request Sgt. Lima to get some

Reporting Officer: K CUNEY     Report Date: 10/16/2017
Supervisor Review: M SLAVSKY   Review Date: 10/18/2017
Date Printed: 10/24/2017   Time Printed: 13:19:45   Page 1 of 2

STC0013



**WHEAT RIDGE POLICE DEPARTMENT**
**INCLUSIVE CASE REPORT**

Wheat Ridge Police
7500 W. 29th Ave.
Wheat Ridge
CO. 80033

Case Number: 201710538
Printed: 10/24/2017
Page 2 of 2

details of the crime. I then contacted Sgt. Wilkinson and explained the situation of the case. Sgt. Wilkinson advised that Detective Johnson would be taking the investigation.

This incident occurred near the end of the school year. School was out on 052017 and the incident was reported only a few days before that. I contacted school administration to verify that a safety plan had been put into place and I was advised that the plan was to have the victim spend the rest of the week in a counselor's office, doing ▓ school work from there.

Detective Johnson contacted me about the case during the summer of 2017 requesting written statements from the suspects and asked that I contact ▓ ▓ to see if ▓ had statements. Up to this point I was not aware that there were statements, including written statements from suspects as ▓ had told me ▓ had given all of the information in May. I advised Detective Johnson that I did not have contact with the staff at school during the summer but I would try to get some information for her when they returned to school in August.

On 092617, Detective Johnson asked me if the written statements were available. I contacted ▓ and asked ▓ if ▓ had information or statements that had not already been provided to the police. ▓ stated that it was "a long time ago" and said that ▓ could get the statements to me but said "I'm not sure I should give them to you". ▓ then said that I had told ▓ that ▓ investigation was ▓. I told ▓ that the school discipline was ▓ issue but the criminal investigation and all evidence pertaining to it was a police issue. ▓ stated that ▓ had concerns about the "privacy" of the students. I advised that the statements were evidence in the case and that the detective needed the statements. ▓ was argumentative, stating that ▓ wasn't going to give them to me because that was part of ▓ investigation. I told ▓ that the statements were police evidence and ▓ needed to surrender them. ▓ continued to be argumentative stating that ▓ wanted to contact the "district" and find out if ▓ has to give them to me. I repeated that the detective needed the statements. ▓ said "I guess if the detective is requesting them but I don't know". ▓ then stated that ▓ wanted the detective's phone number and ▓ would call her. I told ▓ that I would let Detective Johnson know about the conversation. I was never provided the statements from ▓.

I then told Detective Johnson that ▓ was refusing to provide the statements to me and that ▓ wanted to contact the district before doing so. I also advised Sgt. Wilkinson of the situation at the beginning of my shift on 092717.

Submitted by: K. Cuney 033

Reporting Officer: K CUNEY
Supervisor Review: M SLAVSKY
Date Printed: 10/24/2017
Time Printed: 13:19:45
Report Date: 10/16/2017
Review Date: 10/18/2017
Page 2 of 2

STC0014