```
        ****  CONFIDENTIAL  ****  DO NOT DISCLOSE  ****
 1            IN THE UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF COLORADO
 2
       Case No. 1:20-cv-00078-CMA-SKC
 3     _____

 4                    ****CONFIDENTIAL****
       VIDEOTAPE DEPOSITION OF:  A.C. - MARCH 29, 2022
 5     _____

 6     A.C. AS PARENT AND NEXT FRIEND OF MINOR S.T.C.,

 7     PLAINTIFFS,

 8     V.

 9     JEFFERSON COUNTY R1 SCHOOL DISTRICT ,JEFF GOMEZ,
       INDIVIDUALLY, AND WILLIAM CARLIN, INDIVIDUALLY,
10
       DEFENDANTS.
11     _____

12            PURSUANT TO NOTICE AND AGREEMENT, THE

13     VIDEOTAPE DEPOSITION OF A.C. was taken on behalf of the

14     Defendant, via Zoom videoconferencing, on

15     March 29, 2022 at 9:12 a.m., before Kimberly A. Ritter,

16     Registered Professional Reporter and Notary Public

17     within Colorado.

18

19

20

21

22

23

24

25
```

```
                                                           Page 2
 1                        A P P E A R A N C E S

 2    For the Plaintiff:        Edward Milo Schwab, Esq.
                                Ascend Counsel, LLC
 3                              2401 South Downing Street
                                Denver, CO  80210
 4                              milo@ascendcounsel.com

 5    For the Defendant:        M. Gwyneth Whalen, Esq.
                                Elliott V. Hood, Esq.
 6                              Anne L. Stuller, Esq.
                                Caplan and Earnest, LLC
 7                              3701 Iris Avenue
                                Suite 100
 8                              Boulder, CO  80302
                                gwhalen@celaw.com
 9                              ehood@celaw.com
                                Astuller@celaw.com
10
      Videographer:             Mark Rogers
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

Page 3

```
 1                         INDEX

 2    EXAMINATION OF ANNA TANKERSLEY-CLARK:           PAGE
      March 29, 2022
 3
      By Mr. Hood                                        6
 4
      INITIAL REFERENCE DEPOSITION EXHIBITS:          PAGE
 5
      Exhibit 13    5 Emails July 24 (STC 0001-0002)    25
 6
      Exhibit 14    6 Email Aug 3 responding to July 24  34
 7                  Email (JCSD 735)

 8    Exhibit 15    7 2017.08.24 Email MacDonald from AC 41
                    student names redacted (JCSD 00756)
 9
      Exhibit 16    8 2017.08.24 Email to teachers       43
10                  (JCSD 00755)

11    Exhibit 17    22 WRPD Case Report 17-04801         49

12    Exhibit 18    9 2017.11.01 Letter Re - Title IX    72
                    Outcome Notice to Anna Tankersley-Clark
13                  (JCSD 00761-763)

14    Exhibit 19    10 JCSD 129-134, 779                 77

15    Exhibit 20    12 AC letter re RR (STC 0052-0054)   79

16    Exhibit 21    18. Jefferson Center specific       115
                    records updated copy
17
      Exhibit 22    24. Trinidad PD reports             157
18                  (JCSD02017-02189) (Gwyn's #23) copy

19    Exhibit 23    20. Health Solutions records, copy  163

20    Exhibit 24    17. Highlands Ranch Behavioral      135
                    Health Copy
21
      Exhibit 25    19. Mt. San Rafael records copy     152
22

23    PREVIOUSLY MARKED EXHIBITS:                      PAGE

24    Exhibit 3     22 Calendar Log (JCSD 00112-00119)   15

25
```

```
                                                            Page 4
 1          INFORMATION REQUESTED:
                    (None)
 2
     QUESTIONS INSTRUCTED NOT TO ANSWER:
 3          (Page 161, line 13)

 4

 5

 6

 7

 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

```
                                                            Page 5
 1              THE VIDEOGRAPHER:  We are on the record at
 2   9:12 a.m. on March 29th, 2022.  We are here via Zoom
 3   for the video-recorded deposition of Anna
 4   Tankersley-Clark in the matter of A.C., as parent and
 5   next friend of minor S.T.C., versus Jefferson County
 6   R-1 School District, et al., in the United States
 7   District Court for the District of Colorado.  This is
 8   civil action number 1:20-cv-00078-CMA-SKC.
 9              The videographer is Mark Rogers.  The court
10   reporter is Kim Ritter of Hansen & Company Litigation
11   Services.
12              Will counsel please state their appearances,
13   beginning with Plaintiff's counsel.
14              MR. SCHWAB:  Milo Schwab on behalf of
15   Plaintiff.  Appearing with me is Anna Tankersley-Clark.
16              MR. HOOD:  Elliott Hood on behalf of the
17   School District, Jeff Gomez, and Tim Carlin.  My
18   colleague, Gwyn Whalen, will be here on -- in spirit
19   and on a screen, but she's not in the room with me.
20              THE VIDEOGRAPHER:  Will the court reporter
21   please swear in the witness.
22              THE REPORTER:  Ms. Tankersley, would you
23   raise your right hand for me.
24              Do you solemnly swear or affirm the testimony
25   you're about to give today will be the truth, the whole
```

Page 41

```
 1       Q.    And why would you contact the police after
 2   that meeting to tell them that Sarah had classes with
 3   Randy and Sebastian?
 4       A.    My impression from the meeting was that the
 5   police were not doing their job to get the information
 6   so that we could get the restraining orders.
 7             So I contacted Detective Johnson and yelled
 8   at her.
 9       Q.    So your -- at that point you were frustrated
10   that the police had not moved faster on the
11   investigation, correct?
12       A.    Correct.
13       Q.    And you were frustrated that in your view
14   because they hadn't done that, you couldn't get a
15   restraining order, is that right?
16       A.    Correct.
17       Q.    And so you told that to Detective Johnson?
18       A.    Correct.
19             MR. HOOD:  All right.  So let me pull up
20   another document here.
21             THE REPORTER:  Will this be Exhibit 15?
22             MR. HOOD:  Let me ensure that this is not
23   already a -- yes.
24             THE REPORTER:  Thank you.
25             (Deposition Exhibit 15 was marked.)
```