11/1/2017                                        Sarah Tankersley-Clark

**S.T.C.**
**A.C.**
Sent: Thursday, August 24, 2017 7:08 AM
To: MacDonald Allison

Hello Ms. MacDonald,
I wanted to check in with you about how S.T.C. is coping with being back in school. While she is handling it well, unfortunately, seeing R , S and their friends everyday is starting to take it's toll on S.T.C. again. I spent several hours last night talking with S.T.C., and she is starting to feel like seeing them everyday, the dirty looks and comments from their friends, is too much for her to deal with. She feels it's unfair that she is the one who has to make all of the changes and deal with all of this, and they just get to go on like it's her fault and she's the one to blame. It's unfortunate that she feels that way, but she's right, and we really are the ones making all of the changes. The cost is becoming unbearable to not only S.T.C., but to me and S.T.C.'s siblings, as well.
As of last night at 11 pm, when I finally got her mostly calmed down, (that's right, it took three people more than five hours last night alone to stop the tears) I was able to talk her into, at least, going in and talking to you. She is determined not to go to class, and I actually spent close to an hour convincing her to go back at all. I would like you to talk to her, but if she doesn't want to be there, I am not going to force this. I think that the original plan of S.T.C. being in the other hall may have been better. Now she likes her teachers, her classes, and moving her will make her feel even more like she is being punished.
I sat and listened to her cry, about how they wouldn't stop taking her clothes off, and how after she said no so many times, and they didn't listen, she just gave up even saying no. I have heard about how they laughed, while she cried. I have held S.T.C. while she cries, as well as her older sister, who cries for her. I get all of the fear, all of the shame, and to do all of the work around to keep her safe coming and going from school.
I have put in another call to the Wheat Ridge Police Department, to see where they are at with their investigation, but am wondering if S.T.C. should maybe just complete her middle school years online, at least then she would feel safe and comfortable. If you have any ideas, or any luck talking to her about staying in class, I appreciate it. Otherwise, I have told her just to call me and we will figure something else out for school.
Thank you,
**A.C.**