## Gomez Jeffrey

| | |
|---|---|
| **From:** | MacDonald Allison |
| **Sent:** | Thursday, November 16, 2017 10:35 AM |
| **To:** | Gomez Jeffrey |
| **Subject:** | Q.P. |

"J. Gomez and A. MacDonald met with Q.P. and seven other 8th grade boys to discuss expectations around Title 9 and understanding the importance of all students feeling safe while at school. The group was also told that if we continue to hear things that we would be giving out consequences if we determine they are harassing this particular female student."

**Allison MacDonald** | Counselor | Everitt Middle | Jeffco Public Schools
3900 Kipling Street | Wheat Ridge, CO  80033| voice mail (303) 982-1530|

1

JCSD 00134