### Gomez Jeffrey

| | |
|---|---|
| **From:** | Gomez Jeffrey |
| **Sent:** | Thursday, November 16, 2017 10:50 AM |
| **To:** | A.C. |
| **Cc:** | MacDonald Allison; Allensworth Scott |

Good morning A.C.,

I wanted to follow up with our phone conversation from yesterday regarding S.T.C.'s concerns with several students harassing her here at Everitt. Ms. MacDonald and I took action with those that S.T.C. states are involved. S.T.C. said that she is being pushed into lockers before school but couldn't identify the student who did this to her last week and this week. I will be looking at video in the hallway that she says this is happening in to see if I can determine what is happening and by what student. If these things continue please contact Ms. MacDonald or myself or have S.T.C. talk to us at school.

Thanks,
Jeff

Principal
Everitt Middle School
303 982-2852 voicemail
303 982-1580 school

1

JCSD 00130