


(855) 693-3767 | (720) 738-1300

schedule@yournextdepo.com

www.pikereporting.com

```
 1              IN THE UNITED STATES DISTRICT COURT
 2                  FOR THE DISTRICT OF COLORADO
 3            CIVIL ACTION NO. 1:20-CV-00078-CMA-SKC
 4
 5     A.C., AS PARENT OF MINOR AND NEXT FRIEND AND S.T.C.,
 6                             Plaintiffs
 7
 8                                V.
 9
10       JEFFERSON COUNTY R1 SCHOOL DISTRICT, JEFF GOMEZ,
11        INDIVIDUALLY, AND WILLIAM CARLIN, INDIVIDUALLY,
12                             Defendants
13
14                           CONFIDENTIAL
15
16
17
18
19
20
21
22
23    DEPONENT:  JEFFREY GOMEZ
24    DATE:      MAY 11, 2022
25    REPORTER:  DANIELLE GARBO
```

Pike Reporting Company
600 17th Street, Suite 2800
Denver, CO 80202



(855) 693-3767 | (720) 738-1300
schedule@yournextdepo.com
www.pikereporting.com

```
 1                        APPEARANCES
 2
 3   ON BEHALF OF THE PLAINTIFFS, A.C., AS PARENT OF MINOR
 4   AND NEXT FRIEND AND S.T.C.:
 5   Edward Milo Schwab, Esquire
 6   Ascend Counsel, LLC
 7   2401 South Downing Street
 8   Denver, Colorado 80210
 9   Telephone No.: (303) 888-4407
10   E-mail: milo@ascendcounsel.co
11
12   ON BEHALF OF THE DEFENDANTS, JEFFERSON COUNTY R1 SCHOOL
13   DISTRICT, JEFF GOMEZ, INDIVIDUALLY, AND WILLIAM CARLIN,
14   INDIVIDUALLY:
15   Gwyneth Whalen, Esquire
16   Elliott V. Hood, Esquire
17   Caplan and Earnest LLC
18   3107 Iris Avenue
19   Suite 100
20   Boulder, Colorado 80203
21   Telephone No.: (303) 443-8010
22   E-mail: gwhalen@celaw.com
23   E-mail: ehood@celaw.com
24
25
```

Pike Reporting Company
600 17th Street, Suite 2800
Denver, CO 80202



(855) 693-3767 | (720) 738-1300
schedule@yournextdepo.com
www.pikereporting.com

```
 1                            INDEX
 2                                                    Page
 3    PROCEEDINGS                                        5
 4    DIRECT EXAMINATION BY MR. SCHWAB                   5
 5
 6                           EXHIBITS
 7    Exhibit                                          Page
 8    53 - Discipline Matrix                             48
 9    54 - Student Discipline & Intervention             53
10         Process
11    55 - Email to Allison MacDonald                    76
12
13
14
```

Pike Reporting Company
600 17th Street, Suite 2800
Denver, CO 80202



(855) 693-3767 | (720) 738-1300
schedule@yournextdepo.com
www.pikereporting.com

```
 1                        STIPULATION
 2
 3   The deposition of JEFFREY GOMEZ was taken at CAPLAN &
 4   EARNEST LLC 3107 IRIS AVENUE SUITE 100 BOULDER, COLORADO
 5   80301 on WEDNESDAY, the 11th day of MAY 2022, at
 6   approximately 9:04 a.m.; said deposition was taken
 7   pursuant to the FEDERAL Rules of Civil Procedure.
 8
 9   It is agreed that DANIELLE GARBO, being a Notary Public
10   and Court Reporter for the State of COLORADO, may swear
11   the witness and that the reading and signing of the
12   completed transcript by the witness is not waived.
13
14
15
16
17
18
19
20
21
22
23
24
25
```



Pike Reporting Company
600 17th Street, Suite 2800
Denver, CO 80202

(855) 693-3767 | (720) 738-1300
schedule@yournextdepo.com
www.pikereporting.com

```
 1              MR. SCHWAB:  Yeah.  Yeah.
 2              MS. WHALEN:  So, just look at it.
 3              THE WITNESS:  Yeah.  This is what I was
 4        alluding to a second ago.  I thought it was a
 5        matrix.
 6              MS. WHALEN:  Yeah.  Just look at it and then he
 7        can ask you questions.
 8              THE WITNESS:  Okay.  Got it.  Okay.
 9   BY MR. SCHWAB:
10        Q    That's the document you were referring to
11   before?
12        A    Uh-huh.
13              MR. SCHWAB:  Okay.  That --
14              MS. WHALEN:  Just so the record's clear.  Yes?
15              THE WITNESS:  Yes.  Sorry.
16   BY MR. SCHWAB:
17        Q    That's all it is.  That was the whole purpose
18   of showing you that.
19              THE WITNESS:  Give it back?
20              MS. WHALEN:  Yeah.  She's the keeper of the
21        official documents.
22              THE WITNESS:  Got it.
23   BY MR. SCHWAB:
24        Q    Have you ever heard of the term Titty-Touch
25   Tuesday?
```

Pike Reporting Company
600 17th Street, Suite 2800
Denver, CO 80202



(855) 693-3767 | (720) 738-1300
schedule@yournextdepo.com
www.pikereporting.com

```
 1      A    I --
 2           MS. WHALEN:  Object to the form.  Vague as far
 3      as timing.  You can answer.
 4      Q    I'm asking at Everitt for now.
 5           MS. WHALEN:  You can answer.
 6      A    I heard that term through rumors that students
 7      brought to our attention, yes.
 8      Q    Okay.  When was the first time you heard a
 9      rumor about that?
10      A    Oh probably within a year or two of my arrival
11      at Everitt in the fall, September.
12      Q    What would those rumor -- how would those
13      rumors come to you?
14      A    Student or students.  Several, you know, not a
15      lot of students, but several students would come to me
16      and say, "I need to talk to you Mr. Gomez."  And they
17      would say that they've been hearing this has been
18      happening in the building.
19      Q    Would they complain that it happened to them?
20      A    I never received any complaint that it
21      happened to them specifically, no.
22      Q    Okay.
23      A    They were more concerned about it possibly
24      happening to them than it happening to them.
25      Q    Okay.  Did you ever hear from teachers about
```

Pike Reporting Company
600 17th Street, Suite 2800
Denver, CO 80202



(855) 693-3767 | (720) 738-1300
schedule@yournextdepo.com
www.pikereporting.com