## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 1:20-cv-00078-CMA-SKC

**Plaintiff:**

A.C. as Parent and Next Friend of Minor S.T.C.,

**v.**

**Defendants:**

JEFFERSON COUNTY R1 SCHOOL DISTRICT, JEFF GOMEZ, individually, and WILLIAM CARLIN, individually.

## DEFENDANTS' RESPONSES TO PLAINTIFF'S SECOND REQUEST FOR WRITTEN DISCOVERY TO JEFFERSON COUNTY SCHOOL R-1

Defendants Jefferson County School District R-1, Jeff Gomez, and William Carlin, through undersigned counsel, submit the following responses to Plaintiff's Second Request for Written Discovery to Jefferson County School R-1.

### GENERAL OBJECTIONS

1. Defendants have made a good faith effort to respond to the requests for written discovery but reserve the right to object to and update requested information in accordance with the Federal Rules of Civil Procedure. Further, discovery is ongoing, and Defendants may supplement these responses if more information is discovered and additional documents are located.

2. Defendants object to discovery requests seeking information protected from disclosure by the attorney-client privilege, the work product doctrine, and any other rule or privilege, confidentiality, or immunity provided by law.

3. Defendants object to any requests for written discovery seeking production of information which would violate privacy rights.

4. Defendants object to each request for written discovery calling for identification or production of documents previously produced in this litigation.

1

6. Defendants object to each request for written discovery requiring "each", "every", "all", "any", "any time" or "each and every," "person(s),", "entity(ies)," "document(s)," "statement(s)", "fact(s)", or "circumstance(s)" on the grounds that such requests are vague and ambiguous, overly broad, and unduly burdensome and may seek information not relevant to the claims or defenses of any party.

7. Defendants object to each request for written discovery to the extent such request calls for trial preparation materials or mental impressions and strategy of counsel.

8. Defendants reserve their right to object to additional discovery addressed to matters covered by these discovery requests, whether or not Defendants furnish the answers herein.

10. Defendants reserve their right to supplement, revise, add to, clarify, or correct any answers or responses herein. Defendants' answers and responses are based upon their understanding of the inquiries proposed by Plaintiffs' discovery requests and Defendants assume no responsibility for providing information outside of Defendants' care, custody, or control.

## REQUESTS FOR PRODUCTION OF DOCUMENTS

1. Produce the complete files (including, but not limited to, correspondence, billings, reports, test results, notes, etc.) of all experts endorsed, listed, or who may or will be called at trial.

**Response 1**: Defendants will produce documents responsive to this request consistent with the scheduling order related to expert disclosures.

2. Please produce all documents and responses produced by the Wheat Ridge Police Department, Arapahoe County Sheriff's Office, Aurora Police Department, Colorado Department of Corrections, Arapahoe County: Office of the District Attorney, Las Animas Sheriffs Department, Trinidad Police Department, Colorado Department of Corrections, Ashley Nelson Enso Counseling, Health Solutions, or any other entity pursuant to Defendants' Subpoenas to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action issued in this case.

**Response**: Defendants have produced or are producing all documents received in response to a subpoena. *See* Bates JCSD 00137-00586, 01094-01163, 01164-01247, 02017-2189, 02190-02359, 02467-02709, 02710-02755.

2

3. Please produce all documents and responses produced by any medical provider for Plaintiff Sarah Tankersley-Clark in this case.

**Response 3**: All documents responsive to this request have been produced. *See* Bates JCSD 00818-00984, 00985-01093, 01094-01163, 01164-01247, 01248-01503, 01504-01934, 01935-02006, 02007-02016, 02017-02189, 02360-02361, 02362-02370, and 02371-02373.

4. Please produce all staff meeting agendas for weekly staff meetings at Everitt Middle School between August 1, 2011, and December 31, 2017.

**Response 4**: Defendants object to this request because it is overbroad and seeks information that outside the relevant time frame of this case, regardless of subject matter discussed at the meetings, and thus is neither relevant nor proportionate to the needs of the case. Subject to this objection, Defendants state that, despite a reasonably diligent search, Defendants could not locate any documents in their respective possession, custody, or control responsive to this request. Defendants refer Plaintiff to the deposition transcripts of Jeff Gomez and Tim Carlin concerning weekly staff meetings at Everitt Middle School.

5. Please produce all documentation or communications relating to assemblies held in response to sexual harassment or sexual assault at Everitt Middle School between August 1, 2011, and December 31, 2017.

**Response 5**: Defendants object to this request because it is overbroad and seeks information that outside the relevant time frame of this case and thus is neither relevant nor proportionate to the needs of the case. Subject to this objection, Defendants state that, despite a reasonably diligent search, Defendants could not locate any responsive documents in their respective possession, custody, or control. Defendants refer Plaintiff to the deposition transcripts of Jeff Gomez and Tim Carlin concerning relevant assemblies at Everitt Middle School.

6. Please produce all communications or documents related to classroom talks on Titty Touch Tuesday or Slap Ass Friday as referenced by Defendant Jeff Gomez during his deposition.

**Response 6**: Defendants object to this request because it is overbroad and seeks information that outside the relevant time frame of this case and thus is neither relevant nor proportionate to the needs of the case. Subject to this objection, Defendants state that, despite a reasonably diligent search, Defendants could not locate any responsive documents in their respective possession, custody, or control.

3

Defendants refer Plaintiff to the document previously produced and marked JCSD 799-800 concerning reports of "butt slap Friday" and how the school would address allegations of sexual misconduct. Defendants further refer Plaintiffs to the deposition transcripts of Jeff Gomez, Tim Carlin, and Allison McDonald concerning how the school addressed or would address allegations of sexual harassment or sexual misconduct in the school setting.

7. Please produce any Title IX checklist filled out in regards to Sarah Tankersley-Clark.

**Response 7**: Defendants have produced any documents responsive to this request for production and refer Plaintiffs to the document marked JCSD 760. Please also see the deposition transcripts of Jeff Gomez and Tim Carlin concerning the process the school utilized related to S.T.C.'s allegations of sexual misconduct and when any "Title IX checklists" were available to or utilized by Everitt staff.

8. Please produce any communication between Jeff Gomez and Craig Hess or Kevin Caroll relating to Sarah Tankersley-Clark.

**Response 8**: Defendants object to this request for production because it seeks information that is protected from disclosure by the attorney-client privilege, which are noted on the privilege log enclosed with this discovery response.

9. Please produce any communication between William Carlin and Craig Hess or Kevin Caroll relating to Sarah Tankersley-Clark.

**Response 9**: Defendants object to this request for production because it seeks information that is protected from disclosure by the attorney-client privilege, which are noted on the privilege log enclosed with this discovery response.

10. Please produce all documents from the "thorough investigation" performed by Jeff Gomez or employees of Everitt Middle School into harassment of Sarah Tankersley-Clark as referenced in page 103, paragraph 22-23 of Jeff Gomez's deposition.

**Response 10**: Defendants have produced all documents in their possession, custody, or control concerning the investigation(s) of S.T.C.'s allegations of sexual harassment and assault and further refer Plaintiffs to the deposition transcript of Jeff Gomez, Tim Carlin, Scott Allensworth, Craig Hess, and Allison McDonald and documents referenced therein concerning the investigation(s).

11. Please produce all documents in the Campus program related to Sarah

4

Tankersley-Clark.

**Response 11**: Defendants have previously produced all documents responsive to this request and refer Plaintiff to documents marked JCSD 20-128.

## REQUESTS FOR ADMISSION

1. Admit that Defendant Jefferson County School District RE-1 received federal financial assistance.

**Response:** Defendants admit that Jefferson County School District RE-1, as a public school district, received federal financial assistance during all times relevant to this case, namely the 2016-17 and 2017-18 school year.

5

**Verification for Objections**

Respectfully submitted this 30th day of June 2022.

                                                CAPLAN AND EARNEST LLC

                                                s/*Elliott V. Hood*
                                                M. Gwyneth Whalen
                                                Elliott V. Hood
                                                Anne L. Stuller
                                                3107 Iris Avenue, #100
                                                Boulder, CO 80302
                                                Phone 303-443-8010
                                                Fax 303- 440-3967
                                                gwhalen@celaw.com
                                                ehood@celaw.com
                                                astuller@celaw.com

                                                *Attorneys for Defendants*

**CERTIFICATE OF SERVICE**

This is to certify that on June 30, 2022, a true and correct copy of the foregoing was served electronically to counsel for Plaintiff at the email address listed below:

Edward Milo Schwab, Esq.
Ascend Counsel, LLC
2401 S. Downing Street
Denver, CO 80210
milo@ascendcounsel.co

*Attorneys for Plaintiff*

                                                *s/ Shellie Satterfield*
                                                Shellie Satterfield, Paralegal

4895-2962-3333, v. 1