



 (855) 693-3767 | (720) 738-1300

 schedule@yournextdepo.com

www.pikereporting.com

```
 1              IN THE UNITED STATES DISTRICT COURT
 2                 FOR THE DISTRICT OF COLORADO
 3              CIVIL ACTION NO. 1:20-CV-00078-CMA-SKC
 4
 5     A.C., AS PARENT OF MINOR AND NEXT FRIEND AND S.T.C.,
 6                           Plaintiffs
 7
 8                              V.
 9
10       JEFFERSON COUNTY R1 SCHOOL DISTRICT, JEFF GOMEZ,
11       INDIVIDUALLY, AND WILLIAM CARLIN, INDIVIDUALLY,
12                           Defendants
13
14                         CONFIDENTIAL
15
16
17
18
19
20
21
22
23   DEPONENT:  JEFFREY GOMEZ
24   DATE:      MAY 11, 2022
25   REPORTER:  DANIELLE GARBO
```



Pike Reporting Company
600 17th Street, Suite 2800
Denver, CO 80202

(855) 693-3767 | (720) 738-1300
schedule@yournextdepo.com
www.pikereporting.com

```
 1                        APPEARANCES
 2
 3   ON BEHALF OF THE PLAINTIFFS, A.C., AS PARENT OF MINOR
 4   AND NEXT FRIEND AND S.T.C.:
 5   Edward Milo Schwab, Esquire
 6   Ascend Counsel, LLC
 7   2401 South Downing Street
 8   Denver, Colorado 80210
 9   Telephone No.: (303) 888-4407
10   E-mail: milo@ascendcounsel.co
11
12   ON BEHALF OF THE DEFENDANTS, JEFFERSON COUNTY R1 SCHOOL
13   DISTRICT, JEFF GOMEZ, INDIVIDUALLY, AND WILLIAM CARLIN,
14   INDIVIDUALLY:
15   Gwyneth Whalen, Esquire
16   Elliott V. Hood, Esquire
17   Caplan and Earnest LLC
18   3107 Iris Avenue
19   Suite 100
20   Boulder, Colorado 80203
21   Telephone No.: (303) 443-8010
22   E-mail: gwhalen@celaw.com
23   E-mail: ehood@celaw.com
24
25
```

Pike Reporting Company
600 17th Street, Suite 2800
Denver, CO 80202



(855) 693-3767 | (720) 738-1300
schedule@yournextdepo.com
www.pikereporting.com

```
 1                           INDEX
 2                                                    Page
 3    PROCEEDINGS                                        5
 4    DIRECT EXAMINATION BY MR. SCHWAB                   5
 5
 6                          EXHIBITS
 7    Exhibit                                          Page
 8    53 - Discipline Matrix                             48
 9    54 - Student Discipline & Intervention             53
10         Process
11    55 - Email to Allison MacDonald                    76
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```



Pike Reporting Company
600 17th Street, Suite 2800
Denver, CO 80202

(855) 693-3767 | (720) 738-1300
schedule@yournextdepo.com
www.pikereporting.com

STIPULATION

The deposition of JEFFREY GOMEZ was taken at CAPLAN & EARNEST LLC 3107 IRIS AVENUE SUITE 100 BOULDER, COLORADO 80301 on WEDNESDAY, the 11th day of MAY 2022, at approximately 9:04 a.m.; said deposition was taken pursuant to the FEDERAL Rules of Civil Procedure.

It is agreed that DANIELLE GARBO, being a Notary Public and Court Reporter for the State of COLORADO, may swear the witness and that the reading and signing of the completed transcript by the witness is not waived.



Pike Reporting Company
600 17th Street, Suite 2800
Denver, CO 80202

(855) 693-3767 | (720) 738-1300
schedule@yournextdepo.com
www.pikereporting.com

```
 1   primary way you would address it --
 2       A    Yes.
 3       Q    -- is to go into classrooms?
 4       A    Or pull them collectively as a grade level.
 5       Q    Okay.  How did you investigate these rumors?
 6       A    I didn't investigate rumors because nobody
 7   came forth saying that it was happening.  We would look
 8   at some video if we could.  If we had the time.  But you
 9   know, I guess for me, when I -- when every classroom
10   were at the end, I said, "If this is happening to you,
11   come talk to us."  And again, no one came forth, so we
12   didn't investigate rumors.  We didn't have time to do
13   that.  So again, getting in front of everybody get --
14   and what I did worked because we didn't hear about it
15   anymore for the remainder of that school year.  So --
16   but we didn't investigate rumors.
17       Q    Okay.  Did you ever have any conversations
18   with SRO Davis about this?
19       A    I have no idea who SRO Davis is.
20       Q    Okay.  Who was the first SRO when you were --
21   became principal?
22       A    Bobbi -- I don't remember her last name.
23       Q    Dawkins?
24       A    Dawkins, yeah.
25       Q    Did you ever have a conversation with Officer
```

Pike Reporting Company
600 17th Street, Suite 2800
Denver, CO 80202

(855) 693-3767 | (720) 738-1300
schedule@yournextdepo.com
www.pikereporting.com