



 (855) 693-3767 | (720) 738-1300

 schedule@yournextdepo.com

www.pikereporting.com

```
 1              IN THE UNITED STATES DISTRICT COURT
 2                  FOR THE DISTRICT OF COLORADO
 3              CIVIL ACTION NO. 1:20-CV-00078-CMA-SKC
 4
 5      A.C., AS PARENT OF MINOR AND NEXT FRIEND AND S.T.C.,
 6                              Plaintiffs
 7
 8                                 V.
 9
10        JEFFERSON COUNTY R1 SCHOOL DISTRICT, JEFF GOMEZ,
11        INDIVIDUALLY, AND WILLIAM CARLIN, INDIVIDUALLY,
12                              Defendants
13
14                             CONFIDENTIAL
15
16
17
18
19
20
21
22
23   DEPONENT:  JEFFREY GOMEZ
24   DATE:      MAY 11, 2022
25   REPORTER:  DANIELLE GARBO
```

Pike Reporting Company
600 17th Street, Suite 2800
Denver, CO 80202



(855) 693-3767 | (720) 738-1300
schedule@yournextdepo.com
www.pikereporting.com

```
 1                          APPEARANCES
 2
 3    ON BEHALF OF THE PLAINTIFFS, A.C., AS PARENT OF MINOR
 4    AND NEXT FRIEND AND S.T.C.:
 5    Edward Milo Schwab, Esquire
 6    Ascend Counsel, LLC
 7    2401 South Downing Street
 8    Denver, Colorado 80210
 9    Telephone No.: (303) 888-4407
10    E-mail: milo@ascendcounsel.co
11
12    ON BEHALF OF THE DEFENDANTS, JEFFERSON COUNTY R1 SCHOOL
13    DISTRICT, JEFF GOMEZ, INDIVIDUALLY, AND WILLIAM CARLIN,
14    INDIVIDUALLY:
15    Gwyneth Whalen, Esquire
16    Elliott V. Hood, Esquire
17    Caplan and Earnest LLC
18    3107 Iris Avenue
19    Suite 100
20    Boulder, Colorado 80203
21    Telephone No.: (303) 443-8010
22    E-mail: gwhalen@celaw.com
23    E-mail: ehood@celaw.com
24
25
```

Pike Reporting Company
600 17th Street, Suite 2800
Denver, CO 80202



(855) 693-3767 | (720) 738-1300
schedule@yournextdepo.com
www.pikereporting.com

INDEX

|   | Page |
|---|---|
| PROCEEDINGS | 5 |
| DIRECT EXAMINATION BY MR. SCHWAB | 5 |

EXHIBITS

| Exhibit | Page |
|---|---|
| 53 - Discipline Matrix | 48 |
| 54 - Student Discipline & Intervention Process | 53 |
| 55 - Email to Allison MacDonald | 76 |

Pike Reporting Company
600 17th Street, Suite 2800
Denver, CO 80202



(855) 693-3767 | (720) 738-1300
schedule@yournextdepo.com
www.pikereporting.com

```
 1                        STIPULATION
 2
 3    The deposition of JEFFREY GOMEZ was taken at CAPLAN &
 4    EARNEST LLC 3107 IRIS AVENUE SUITE 100 BOULDER, COLORADO
 5    80301 on WEDNESDAY, the 11th day of MAY 2022, at
 6    approximately 9:04 a.m.; said deposition was taken
 7    pursuant to the FEDERAL Rules of Civil Procedure.
 8
 9    It is agreed that DANIELLE GARBO, being a Notary Public
10    and Court Reporter for the State of COLORADO, may swear
11    the witness and that the reading and signing of the
12    completed transcript by the witness is not waived.
13
14
15
16
17
18
19
20
21
22
23
24
25
```

Pike Reporting Company
600 17th Street, Suite 2800
Denver, CO 80202



(855) 693-3767 | (720) 738-1300
schedule@yournextdepo.com
www.pikereporting.com

```
 1   beginning of year training, we would do -- we would go
 2   over two things every year.  Actually, several things
 3   every year, but specifically, we went over the staff
 4   handbook.  So they were aware of what expectations were
 5   around their jobs; when they reported, lunches, you
 6   know, everything.  And then, we went through the student
 7   hand -- handbook, conduct code.  And at the end of each
 8   year, we would meet with teachers in a collaborative
 9   leadership setting and get their input.  So they were
10   involved in also making or determining what was in that
11   student handbook or conduct code.
12        Q    Okay.  So their input was about what the
13   student conduct code should include?
14        A    Right.  Any changes.  Any, you know -- if
15   there were some patterns that were happening, things we
16   need to add, even the wording we need to change, that
17   they were part of that process.
18        Q    Okay.  Who did you instruct -- or maybe it was
19   in your PowerPoint.  Who were students instructed to
20   inform about sexual harassment or sexual assault?
21        A    Any trusted adult in the building.  Anyone
22   that they trusted.
23        Q    Okay.  And would a trusted adult include
24   teachers?
25        A    Yes.
```

Pike Reporting Company
600 17th Street, Suite 2800
Denver, CO 80202



(855) 693-3767 | (720) 738-1300
schedule@yournextdepo.com
www.pikereporting.com