**Gomez Jeffrey**

| | |
|---|---|
| **From:** | S.T.C. |
| **Sent:** | Wednesday, November 15, 2017 1:36 PM |
| **To:** | MacDonald Allison; Gomez Jeffrey |

Dear Ms.MacDonald,

Since R████and S████████ left a few boys have been harrsing me.It started with little stuff like rumors that q███████p█████ was spreading but then it got to one boy who i dont know telling to kill myself i got pushed into a locker a few times now and the boys have been calling me whore and refreing to me as liar and slut

1

JCSD 00131