11/1/2017 RE: Sarah Tankersley-Clark

**RE:** S.T.C.

MacDonald Allison
**Sent:** Thursday, August 03, 2017 10:20 AM
**To:** A.C.

Hi A.C.

I just returned from summer break and read your email. I spoke with Jeff and understand we'll set up a meeting. I will definitely be there. We are here to support Sarah and make sure she feels okay coming to school!

Look forward to seeing you,

Allison

**Allison MacDonald** | Counselor | Everitt Middle | Jeffco Public Schools
3900 Kipling Street | Wheat Ridge, CO  80033| voice mail (303) 982-1530|

**From:** A.C.
**Sent:** Monday, July 24, 2017 12:07 PM
**To:** MacDonald Allison
**Cc:** Carlin William; Gomez Jeffrey
**Subject:** S.T.C.

Hello Ms. MacDonald,
I am wondering if you can help me. My daughter is 8th grader S.T.C.               School is starting in about a month. The boys who repeatedly assaulted my daughter, last school year, have now spent the summer harassing her. They have made jokes about the nice vacation they got (two days suspension seemed like a joke to me too). School schedules were put out a few days ago and S.T.C. has been placed in several classes with these boys, causing a huge upswing in anxiety. The police investigation is still ongoing, and I am unsure what steps need to be taken to provide safety for my daughter during school hours.
In case you are wondering, since school was released, S.T.C. has been unable to sleep and no longer has the ability to leave the house feeling safe, as the boys walk by the house whenever they want. She was confronted and had to run away from these boys at Elitches, where they came up from behind her asking, "Are you alone? Who's here with you?" She also no longer feels safe at school, as she thinks the school sided with the boys who assaulted her. She was told by one of the students who was talked to by the school that they felt the school was trying to get them to say S.T.C. asked for it. We had to change her phone number, give her phone to the police and buy a new one. Cancel and create new email, Facebook, snap-chat and messenger accounts to prevent contact from these boys. They have found her new snap-chat and messenger accounts and have either contacted her themselves (R        : Thanks for telling S.T.C., now I'm gonna kill myself, S.        : Your beautiful, will you be my girlfriend, will you go out with me) or by their friends (Q.       : You can't change your classes, you have to be in class with S.        .) We have also had our home and cars vandalized, costing several hundreds of dollars in damages. All of this has resulted in S.T.C. having several self harm incidents and overnight in the hospital for a close suicide attempt and suicidal feelings, as well as her having to be under 24 hour watch for a total of 6 weeks, so far. All in all, a really terrible summer break.
Truthfully, I am pretty angry. I sort of feel like the school hung my daughter out to dry, and left me to deal with the damage done. No contact was made with us prior to the end of the year, the decision to only give them a couple days suspension was a slap in the face considering what S.T.C. and I have had to and are now dealing with. With only a few weeks left to figure out what to do, I need to know what measures will be taken to keep S.T.C. safe at school this year and what I need to do or provide to make sure the steps are taken.

Thank you,
A.C.