**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:20-cv-00078-CMA-KAS

**Plaintiff:**

S.T.C.,

**v.**

**Defendants:**

JEFFERSON COUNTY R1 SCHOOL DISTRICT, JEFF GOMEZ, individually, and WILLIAM CARLIN, individually.

---

### FINAL PRETRIAL ORDER

---

## 1.  DATE AND APPEARANCES

A Final Pretrial Conference was scheduled to be held by telephone on January 18, 2024, at 10:30 a.m. before then-Magistrate Judge S. Kato Crews with the following attorneys: Milo Schwab, Ascend Counsel, LLC (for Plaintiff); M. Gwyneth Whalen and Elliott V. Hood, Caplan and Earnest LLC (for Defendants). Due to Judge Crews' appointment as U.S. District Judge, the case was reassigned to Magistrate Judge Kathryn A. Starnella.

## 2.  JURISDICTION

This Court has subject matter jurisdiction pursuant to 28 U.S.C. § 1331. This action was commenced in Jefferson County District Court and was removed on the basis of federal question jurisdiction.

### 3.  CLAIMS AND DEFENSES

**a.  Plaintiff:**

Plaintiff was subjected to a long-running culture of sexual harassment and sexual assault while she was a student at Everitt Middle School. During her Seventh-Grade school year, Plaintiff was subjected to a culture called Titty Touch Tuesday and Slap Ass Friday where boys would fondle girls' breasts on Tuesdays and slap girls' buttocks on Fridays in the hallways during passing period. Girls had complained about these practices for years to teachers, counselors, Vice Principals, and Principals, including Jeffrey Gomez. Throughout this time period, teachers witnessed such conduct in the hallways each week. Nonetheless, leaders at Everitt Middle School, including Defendants Gomez and Carlin failed to take any action to end these practices.

Over the course of Plaintiff's Seventh-Grade year, two friends engaged in this conduct frequently and because of the acceptance of this practice in the school, these two boys escalated their assaults into acts of more significant sexual assault, both on and off school grounds. Plaintiff complained of these assaults on May 15, 2017 and was removed from class during finals. At the same time, Defendant Carlin obtained written confessions by both of the boys but willfully withheld such confessions from the police for months.

When schedules were released in July/August of 2017 for the upcoming school year, Plaintiff learned that she was placed into classes with at least one of her assailants. This issue was promptly raised to Defendant Gomez. The solution the school decided on was to remove Plaintiff from these classes while permitting her assailants to

continue in these classes. Plaintiff was placed in lower performing classes.

After Defendant Carlin reluctantly provided the written confessions of Plaintiff's assailants to the Wheat Ridge Police, the two boys were charged, a restraining order was put in place, and the boys were removed from Everitt Middle School. During the fall of the school year, these boys' friends began harassing Plaintiff in the halls and lunch room, calling her a whore and a slut. Plaintiff informed Defendant Gomez about this harassment and provided the names of eight boys. Defendant Gomez met with these boys but issued no punishment. Plaintiff continued to be harassed by these boys and complained about this harassment, but no further efforts were made by Gomez or the school district to end this harassment. Instead, the school slowly removed Plaintiff from classes, first placing Plaintiff in some online courses and later having her spend most of her school day in the guidance counselor's office to avoid the ongoing harassment.

As a result of this conduct, Plaintiff has brought three claims against the Jefferson County School District R-1 under Title IX relating to 1) harassment under Titty Touch Tuesday and Slap Ass Friday and the sexual harassment and assault Plaintiff was subjected to during the 2016-2017 school year, 2) educational opportunities missed as a result of the school's choice to remove Plaintiff from classes in favor of her assailants, and 3) educational opportunities missed as a result of the school's indifference to her ongoing harassment throughout the 2017-2018 school year by her assailants' friends.

Plaintiff also brings two claims against all Defendants under 42 U.S.C. 1983 for violation of her Equal Protection rights for indifference to sexual harassment and assault and for gender discrimination. Lastly, Plaintiff brings a failure to train claim against all

Defendants for failing to train teachers on responding to sexual harassment and sexual assault.

Plaintiff seeks compensatory and punitive damages, interest, and attorney's fees and costs.

**b. Defendants:**

STC attended Everitt Middle School (EMS) eight years ago for seventh and eighth grade. STC successfully completed eighth grade and graduated in May 2018. The School District responded promptly to STC's first and only report of sexual harassment near the end of seventh grade.

STC's first and only report of sexual assault was made at the end of the school day of May 15, 2017, when her mother called the EMS office to report a sexual assault that occurred during a sleep-over that STC had with two boys, friends of hers, at the grandmother's home of one of the boys. The two seventh grade boys also attended EMS. Assistant Principal Carlin responded promptly and met the next morning with STC and AC, STC's mother. He investigated the matter, confirmed it had been reported to Wheat Ridge Police Department, and suspended the two boys for the rest of the school year. STC took her finals and successfully completed seventh grade. This was the first and only report school officials received of sexual harassment of STC during her 7th grade year.

STC and her mother never reported to any school official that STC was sexually harassed and assaulted in the hallways and classrooms by "many boys" at EMS. STC

and AC never reported "60 incidents" of sexual assault by two male students. No teacher ever reported seeing STC assaulted or harassed in hallways and classrooms at EMS.

STC attended 8th grade at EMS for the 2017-18 school year. School personnel, including her trusted school counselor and the principal, whom STC designated as a trusted adult on her school support plan, worked closely with AC and STC to provide ongoing support to meet her needs during the school year. In November, after school officials received notice from the Jefferson County District Attorney that the two boys were being charged criminally; the School District administratively transferred the boys to a different school pursuant to statutory authority to do so upon receiving such notification from the District Attorney.

After the boys were administratively transferred, STC reported some boys were harassing her but did not identify the boys. School administrators promptly investigated, including reviewing hallway security camera video footage and yearbook photos with STC to help her identify the boys so they could address the alleged harassment. STC and AC never identified specific students who were allegedly harassing STC. Mr. Gomez and Mr. Carlin, the individually named public employees, did not engage in any conduct that violated STC's federal constitutional rights, or that violated any law that was clearly established at the time of the incidents. They acted reasonably in their dealings with STC and their conduct did not violate STC's clearly established equal protection rights.

STC continued to receive educational benefits and successfully completed eighth grade at EMS in May, 2018, receiving a nearly identical grade point average that she

earned in seventh grade. STC went on to attend high school within the Jefferson County School District. AC withdrew her because she was moving back to Trinidad, Colorado.

The School District denies any liability whatsoever in the factual scenario that led to the filing of this case. Specifically, the School District denies that it violated Title IX and 42 U.S.C. § 1983. Reports made by STC and/or AC of sexual harassment were promptly investigated, and the School District took steps reasonably calculated to respond to the allegations, including remedial action. The School District provided STC with a safety plan, a student support plan, accommodations requested by STC and AC, access to trusted adults, and access to school counseling services. Mr. Gomez and Mr. Carlin, as individually named defendants, are immune from Plaintiff's Section 1983 claims against them as public employees pursuant to the doctrine of qualified immunity.

Plaintiff has failed to state a claim upon which relief can be granted and to the extent Plaintiff asserts damages, she has failed to mitigate those damages, if any, as required by law. STC's alleged damages, if any, were the result of Plaintiff's unlawful conduct, or the negligent, intentional, and/or unlawful conduct of a third party, which operates to bar or reduce the liability of Defendants, if any. Further Plaintiff's damages, if any, are not to the extent and nature as alleged by Plaintiff and were not proximately caused by any act or omission of any Defendant. were not caused by Defendants, and she has failed to mitigate her damages. To the extent AC is claiming damages, such damages are limited to those that are derivative from STC.

The School District cannot be liable for any claims seeking remedy under Title 42 U.S.C. §1983 on the basis of *respondeat superior*. Plaintiff has failed to allege and cannot

establish that an unconstitutional policy, practice, custom, training inadequacy, supervisory failure or deliberate indifference on behalf of the School District was the motivating force behind the constitutional injury complained of. Plaintiff has not sufficiently alleged and cannot establish that her injuries, if any, were attributable to any act or omission of the Defendants in their official capacities which resulted from the conduct of the Defendants as final policymakers for the School District. No improper acts were committed by the School District's employees and it did not, in any way, participate in, authorize, ratify, direct, or control any alleged improper acts of its employees. The School District does not maintain a custom or policy that caused Plaintiff to be deprived of any constitutional right.

Plaintiff cannot recover punitive or exemplary damages against the School District or there is no evidence to support an award of punitive or exemplary damages against the individual defendants.

The School District incorporates its affirmative defenses set forth in its Answer and all arguments raised in its Motion for Summary Judgement. The School District complied with all applicable laws, statutes, and regulations.

## 4. STIPULATIONS

The following facts are undisputed:

a. Jefferson County School District R-1 is a public school district in Colorado.

b. Everitt Middle School is a school within the Jefferson County School District R-1 and encompassed 7th and 8th grades.

c.  Jeff Gomez and William "Tim" Carlin were employed by the Jefferson County School District at all relevant times as the principal and assistant principal, respectively, at Everitt Middle School.

d.  STC attended Everitt Middle School during the 2016-2017 and 2017-2018 school years.

e.  STC's two older siblings had also attended Everitt Middle School. Her brother Michael graduated in 2017 and her sister Lizzie graduated in 2019.

f.  STC successfully graduated from Everitt Middle School in May 2018.

g.  STC enrolled at Wheat Ridge High School, also within the Jefferson County School District, for her freshman year, 2018-19.

h.  AC took STC to the Wheat Ridge Police Department on the evening of May 15th, where STC reported the sexual assault to the Wheat Ridge police.

i.  STC told police that she felt safe at school and was confident she could stay away from the two boys, RR and SR.

j.  Assistant Principal Tim Carlin met with STC and her mother the next day.

k.  STC is a 20-year-old female. AC is STC's mother.

l.  Susan Clark is STC's grandmother.

m.  Jefferson County School District RE-1, as a public school district, received federal financial assistance during all times relevant to this case, namely the 2016-17 and 2017-18 school year.

## 5.  PENDING MOTIONS

Pending before the Court are:

Defendants' Motion for Summary Judgment [ECF134]

Defendants' Motion to Strike Affidavit of Annie Maxwell [ECF154]

## 6.  WITNESSES

a.      List the nonexpert witnesses to be called by each party.  List separately:

Plaintiff:      *See Exhibit 1 – Plaintiff's Witness List*

Defendant:      *See Exhibit A -Defendants' Witness List.*

## 7.  EXHIBITS

(1)      Plaintiff(s):   *See Exhibit 2 – Plaintiff's Exhibit List.*

(2)      Defendants: *See Exhibit B - Defendants' Exhibit List.*

(3)      Other parties:  None.

b.      Copies of listed exhibits must be provided to opposing counsel and any *pro se* party no later than 30 days before trial.  The objections contemplated by Fed. R. Civ. P. 26(a)(3) shall be filed with the clerk and served by hand delivery or facsimile no later than 14 days after the exhibits are provided.

## 8.  DISCOVERY

Discovery has been completed.

## 9.  SPECIAL ISSUES

Plaintiff anticipates filing several motions in limine, however Plaintiff would not consider such motions "unusual."

Defendants anticipate filing several motions in limine depending on the court's

rulings on Defendants' pending motions. This includes barring Plaintiff from seeking emotional-distress damages as part of her Title IX claims based on the United States Supreme Court decision in *Cummings v. Premier Rehab Keller, P.L.L.C.*, 142 S.Ct. 1562 (2022). In addition, because Plaintiff has failed to disclose any calculation of damages, and supporting documentation, Defendants will seek to exclude damages evidence as to all claims.

## 10.  SETTLEMENT

a.     Counsel for the parties and any *pro se* party met by telephone on November 2, 2021, December 6, 2021, August 29, 2023*,* January 10, 2024, to discuss in good faith the settlement of the case*.*

b.     The parties were promptly informed of all offers of settlement.

c.     Counsel for the parties *do not* intend to hold future settlement conferences.

d.     It appears from the discussion by all counsel and any *pro se* party that there is some possibility of settlement.

e.     Counsel for the parties considered ADR in accordance with D.C.COLO.LCivR.16.6.

## 11.  OFFER OF JUDGMENT

Counsel and any *pro se* party acknowledge familiarity with the provision of Rule 68 (Offer of Judgment) of the Federal Rules of Civil Procedure.  Counsel have discussed it with the clients against whom claims are made in this case.

## 12.  EFFECT OF FINAL PRETRIAL ORDER

Hereafter, this Final Pretrial Order will control the subsequent course of this action and the trial, and may not be amended except by consent of the parties and approval by the court or by order of the court to prevent manifest injustice.  The pleadings will be deemed merged herein.  This Final Pretrial Order supersedes the Scheduling Order.  In the event of ambiguity in any provision of this Final Pretrial Order, reference may be made to the record of the pretrial conference to the extent reported by stenographic notes and to the pleadings.

## 13.  TRIAL AND ESTIMATED TRIAL TIME;
## FURTHER TRIAL PREPARATION
## PROCEEDINGS

1.      This is a jury trial.

2.      The parties estimate that the trial time will be 5 days.

3.      The trial is set to take place at the Alfred A. Arraj U.S. Courthouse in Denver, Colorado.

4.      There are no current orders pertinent to the trial proceedings.


DATED this ____24th____ day of ____January_____, 2024.


                                        BY THE COURT


                                        _____
                                        United States Magistrate Judge

APPROVED:


ASCEND COUNSEL, LLC

*s/Edward Milo Schwab*
Edward Milo Schwab
2401 S Downing Street
Denver, CO 80210
Phone: 303-888-4407
milo@ascendcounsel.co

Attorney for Plaintiff


CAPLAN AND EARNEST LLC

*s/ Elliott V. Hood*
M. Gwyneth Whalen
Elliott V. Hood
Anne L. Stuller
3107 Iris Avenue, #100
Boulder, CO 80302
Phone 303-443-8010
gwhalen@celaw.com
ehood@celaw.com
astuller@celaw.com

Attorneys for Defendants

4885-1265-8844, v. 1

**PLAINTIFF WITNESS LIST**

A.C., *as parent of minor and next friend* and S.T.C. Plaintiffs, v. JEFFERSON COUNTY R1 SCHOOL DISTRICT, JEFF GOMEZ, WILLIAM CARLIN Defendants.

1:20-cv-00078-CMA-SKC

| Witness Name | Description of Testimony | Time on Direct | Time on Cross |
|---|---|---|---|
| **Will Call Witnesses** | | | |
| 1. S.T.C | Plaintiff will testify to all facts in this case and all damages | 4 | |
| 2. Anna Clark | Anna Clark will testify to her knowledge of all events at issue in this case and the impact and damages sustained by Plaintiff | 3 | |
| 3. Jeff Gomez | Mr. Gomez will testify to his knowledge of the events and facts at issue in this case | 2 | |
| 4. William Carlin | Mr. Carlin will testify to his knowledge of the events and facts at issue in this case | 2 | |
| **May Call Witnesses** | | | |
| 1. Susan Clark | Ms. Clark may testify to her knowledge of all events at issue in this case and the impact and damages sustained by Plaintiff | .75 | |
| 2. Craig Hess | Mr. Hess may testify to his knowledge about the Title IX investigation into this matter | .5 | |

| 3. JoAnn Euler | Ms. Euler may testify about the school's response to this lawsuit and her knowledge about Titty Touch Tuesday and Slap Ass Friday | .25 | |
|---|---|---|---|
| 4. Krista Cuney | May testify to her knowledge of Titty Touch Tuesday and Slap Ass Friday in Everitt and the school's response | | |
| 5. Reyna Johnson | Ms. Johnson may testify about the school's response to the allegations of sexual assault | | |
| 6. Krislene Lorenz | Ms. Lorenz may testify about the school's response to the allegations of sexual assault | | |
| 7. Annie Maxwell | May testify to experiences with sexual harassment and assault at Everitt Middle School and the administration's efforts or lack of, to address Titty Touch Tuesday and Slap Ass Friday | | |
| 8. Hayden Howard | May testify to experiences with sexual harassment and assault at Everitt Middle School and the administration's efforts or lack of, to address Titty Touch Tuesday and Slap Ass Friday | | |
| 9. Kayla Deherrera | May testify to experiences with sexual harassment and assault | | |

| | | | |
|---|---|---|---|
| | at Everitt Middle School and the administration's efforts or lack of, to address Titty Touch Tuesday and Slap Ass Friday | | |
| 10. Kennedy Massa | May testify to experiences with sexual harassment and assault at Everitt Middle School and the administration's efforts or lack of, to address Titty Touch Tuesday and Slap Ass Friday | | |
| 11. Reilley Hamilton | May testify to experiences with sexual harassment and assault at Everitt Middle School and the administration's efforts or lack of, to address Titty Touch Tuesday and Slap Ass Friday | | |
| 12. Samantha Younger | May testify to experiences with sexual harassment and assault at Everitt Middle School and the administration's efforts or lack of, to address Titty Touch Tuesday and Slap Ass Friday | | |
| 13. Sarah Noel | May testify to experiences with sexual harassment and assault at Everitt Middle School and the administration's efforts or lack of, to address Titty Touch Tuesday and Slap Ass Friday | | |
| 14. Simone Avery | May testify to experiences with sexual harassment and assault | | |

|  | at Everitt Middle School and the administration's efforts or lack of, to address Titty Touch Tuesday and Slap Ass Friday |  |  |
|---|---|---|---|
| 15. Taya Rumley | May testify to experiences with sexual harassment and assault at Everitt Middle School and the administration's efforts or lack of, to address Titty Touch Tuesday and Slap Ass Friday |  |  |
| 16. Lexi Thomas | May testify to experiences with sexual harassment and assault at Everitt Middle School and the administration's efforts or lack of, to address Titty Touch Tuesday and Slap Ass Friday |  |  |
| 17. Molly Becarra | May testify to experiences with sexual harassment and assault at Everitt Middle School and the administration's efforts or lack of, to address Titty Touch Tuesday and Slap Ass Friday |  |  |
| 18. Miranda Guerra | May testify to experiences with sexual harassment and assault at Everitt Middle School and the administration's efforts or lack of, to address Titty Touch Tuesday and Slap Ass Friday |  |  |
| 19. Ariana Bezjeck-Martinez | May testify to experiences with sexual harassment and assault |  |  |

| | | | |
|---|---|---|---|
| | at Everitt Middle School and the administration's efforts or lack of, to address Titty Touch Tuesday and Slap Ass Friday | | |
| 20. Skyler Shaeffer | May testify to experiences with sexual harassment and assault at Everitt Middle School and the administration's efforts or lack of, to address Titty Touch Tuesday and Slap Ass Friday | | |
| 21. Serena Marie Simms | May testify to experiences with sexual harassment and assault at Everitt Middle School and the administration's efforts or lack of, to address Titty Touch Tuesday and Slap Ass Friday | | |
| 22. Cymber Lynn Foster | May testify to experiences with sexual harassment and assault at Everitt Middle School and the administration's efforts or lack of, to address Titty Touch Tuesday and Slap Ass Friday | | |
| 23. Kaylee Keller | May testify to experiences with sexual harassment and assault at Everitt Middle School and the administration's efforts or lack of, to address Titty Touch Tuesday and Slap Ass Friday | | |
| 24. Megan Handley | May testify to experiences with sexual harassment and assault | | |

| | | | |
|---|---|---|---|
| | at Everitt Middle School and the administration's efforts or lack of, to address Titty Touch Tuesday and Slap Ass Friday | | |
| 25. Hannah Allison | May testify to experiences with sexual harassment and assault at Everitt Middle School and the administration's efforts or lack of, to address Titty Touch Tuesday and Slap Ass Friday | | |
| 26. Monique Pollock | May testify to experiences with sexual harassment and assault at Everitt Middle School and the administration's efforts or lack of, to address Titty Touch Tuesday and Slap Ass Friday | | |
| 27. Jassly Cesario | May testify to experiences with sexual harassment and assault at Everitt Middle School and the administration's efforts or lack of, to address Titty Touch Tuesday and Slap Ass Friday | | |
| 28. Danielle Anaya | May testify to experiences with sexual harassment and assault at Everitt Middle School and the administration's efforts or lack of, to address Titty Touch Tuesday and Slap Ass Friday | | |
| 29. Haylee Story | May testify to experiences with sexual harassment and assault | | |

| | | | |
|---|---|---|---|
| | at Everitt Middle School and the administration's efforts or lack of, to address Titty Touch Tuesday and Slap Ass Friday | | |
| 30. Sylvia Rocabado | May testify to experiences with sexual harassment and assault at Everitt Middle School and the administration's efforts or lack of, to address Titty Touch Tuesday and Slap Ass Friday | | |
| 31. Isis Stanley | May testify to experiences with sexual harassment and assault at Everitt Middle School and the administration's efforts or lack of, to address Titty Touch Tuesday and Slap Ass Friday | | |
| 32. Coral Candelario | May testify to experiences with sexual harassment and assault at Everitt Middle School and the administration's efforts or lack of, to address Titty Touch Tuesday and Slap Ass Friday | | |
| 34. Alexus Felix | May testify to experiences with sexual harassment and assault at Everitt Middle School and the administration's efforts or lack of, to address Titty Touch Tuesday and Slap Ass Friday | | |
| 35. Sakara Milbert | May testify to experiences with sexual harassment and assault | | |

| | | | |
|---|---|---|---|
| | at Everitt Middle School and the administration's efforts or lack of, to address Titty Touch Tuesday and Slap Ass Friday | | |
| 36. Tricia Karlin | May testify to experiences with sexual harassment and assault at Everitt Middle School and the administration's efforts or lack of, to address Titty Touch Tuesday and Slap Ass Friday | | |
| 37. Julisa Bezjak-Martinez | May testify to experiences with sexual harassment and assault at Everitt Middle School and the administration's efforts or lack of, to address Titty Touch Tuesday and Slap Ass Friday | | |
| 38. Sierra Miller | May testify to experiences with sexual harassment and assault at Everitt Middle School and the administration's efforts or lack of, to address Titty Touch Tuesday and Slap Ass Friday | | |
| 39. Sierra Rodriguez | May testify to experiences with sexual harassment and assault at Everitt Middle School and the administration's efforts or lack of, to address Titty Touch Tuesday and Slap Ass Friday | | |
| 40. Kylie Toepp | May testify to experiences with sexual harassment and assault | | |

| | | | |
|---|---|---|---|
| | at Everitt Middle School and the administration's efforts or lack of, to address Titty Touch Tuesday and Slap Ass Friday | | |
| 41. Alana Feeney Kildare | May testify to experiences with sexual harassment and assault at Everitt Middle School and the administration's efforts or lack of, to address Titty Touch Tuesday and Slap Ass Friday | | |
| 42. Michaela Lynn Garcia Bruso | May testify to experiences with sexual harassment and assault at Everitt Middle School and the administration's efforts or lack of, to address Titty Touch Tuesday and Slap Ass Friday | | |
| 43. Brianna Marquez | May testify to experiences with sexual harassment and assault at Everitt Middle School and the administration's efforts or lack of, to address Titty Touch Tuesday and Slap Ass Friday | | |
| 44. Carly Denise Schable | May testify to experiences with sexual harassment and assault at Everitt Middle School and the administration's efforts or lack of, to address Titty Touch Tuesday and Slap Ass Friday | | |
| 45. Mariah Cesario | May testify to experiences with sexual harassment and assault | | |

| | | | |
|---|---|---|---|
| | at Everitt Middle School and the administration's efforts or lack of, to address Titty Touch Tuesday and Slap Ass Friday | | |
| 46. Kylie Cross | May testify to experiences with sexual harassment and assault at Everitt Middle School and the administration's efforts or lack of, to address Titty Touch Tuesday and Slap Ass Friday | | |
| 47. Scott Allensworth | May testify to knowledge of Titty Touch Tuesday and Slap Ass Friday throughout the Jefferson County School District R-1 as well as the STC investigation and response | | |
| 48. Allison MacDonald | May testify regarding the school's response to STC's complaints and STC's 2017-2018 school year | | |
| 47. Heidi Bonilla | May discuss treatment of client S.T.C. while at Jefferson Center for Mental Health | | |
| 49. Ashley Nelson | Non-retained expert may discuss treatment of client S.T.C. | | |
| 50. Any witness necessary for authentication of exhibits | | | |
| 51. Any witness necessary for impeachment | | | |

| | JOINT EXHIBIT LIST | | | | |
|---|---|---|---|---|---|
| | **A.C., as parent of minor and next friend and S.T.C. Plaintiffs, v. JEFFERSON COUNTY R1 SCHOOL DISTRICT, JEFF GOMEZ, WILLIAM CARLIN Defendants.**<br>**1:20-cv-00078-CMA-SKC** | | | | |
| | List all Exhibits by Number and Check the Box if Stipulated as to both **Authenticity** and **Admissiblity** | | | | |
| Exhibit | Description | Stipulated | Admitted | Excluded | Notes |
| 1 | Jeffco Public Schools Discrimination Statement and General Complaint Process | | | | JCSD 00001-00003 |
| 2 | Jeffco Public Schools Harassment of Students Policy | | | | JCSD 00006-00009 |
| 3 | Jeffco Public Schools Student Concerns, Complaints, and Grievances Policy | | | | JCSD 00012-00013 |
| 4 | STC Suicide Risk Assessment | | | | JCSD 00020-00042 |
| 5 | STC Attendence Records | | | | JCSD 00043-00059 |
| 6 | STC Safety Plan | | | | JCSD00060 |
| 7 | STC Enrollment records | | | | JSCD00061-00068 |
| 8 | Letter from Dr. Vinton | | | | JSCD000107 |
| 9 | Contact Log | | | | JCSD00112-00119 |
| 10 | Email from AC to Gomez, MacDonald re: harassment 11/15-16/17 | | | | JCSD 00129-00130 |
| 11 | Email from STC to MacDonald, Gomez re:harassment 11/15/17 | | | | JCSD 00131 |
| 12 | Email from Gomez to STC re:harassment 11/15/17 | | | | JCSD 00132 |
| 13 | Email from MacDonald to STC re: harassment 11/15/17 | | | | JCSD 00133 |
| 14 | Email from MacDonald to Gomez re: harassment 11/16/17 | | | | JCSD 00134 |
| 15 | Email exchange betweenCarlin, Gomez and Hess re:Officer Cunny partially redacted | | | | JCSD 00135-00136 |
| 16 | Email exchange between Anna Clark and MacDonald; 7/24/17 | | | | JCSD 00753 |
| 17 | Email from MacDonald; 8/24/17 | | | | JCSD 00755 |
| 18 | Email from Anna Clark; 8/24/2017 | | | | JCSD 00756 |
| 19 | Decision Regarding an Title IX Inquiry | | | | JCSD 00760 |
| 20 | Title IX Outcome Notice | | | | JCSD 00761-00763 |
| 21 | Title IX Powerpoint | | | | JCSD 00764-00778 |
| 22 | Email from Gomez, 11/6/17 | | | | JCSD 00800 |
| 23 | Anschutz Medical Campus Medical Records | | | | JCSD 00818-00937 |
| 24 | Enso Counseling Records | | | | JCSD 01094-01163 |
| 25 | Health Solutions Medical Records | | | | JCSD 01164-01247 |
| 26 | Jefferson Center for Mental Health Medical Records | | | | JCSD 01504-01934 |
| 27 | Stride Medical Records | | | | JCSD 02007-02016 |
| 28 | Wheat Ridge Police File | | | | JCSD 02190-02359 |

| 29 | STC medical attempted suicide record | | | | JCSD 02360-02361 |
|---|---|---|---|---|---|
| 30 | STC medical docs | | | | JCSD 02362-02370 |
| 31 | R.R. Behavioral Detail Report | | | | JCSD 02383 |
| 32 | S.R. Behavior Detail Report | | | | JCSD 02391 |
| 33 | "Know your rights. Title IX" unknown date | | | | JCSD 02400-02401 |
| 34 | "Title IX screening criteria checklist" updated 5/22 | | | | JCSD 02402-2403 |
| 35 | "Steps to complete a title ix inquiry" unknown date | | | | JCSD 02405-02408 |
| 36 | Title IX screening checklist | | | | JCSD 02459-02460 |
| 37 | Police Records | | | | JCSD 02467-02709 |
| 38 | Atwell Notes | | | | JCSD 02842-02907 |
| 39 | Email exchange | | | | STC0001-00002 |
| 40 | Wheat Ridge Police Reports | | | | STC0008-00037; STC00040 |
| 41 | Email exchange | | | | STC0038-00039 |
| 42 | Written statements | | | | STC0042-0054 |
| 43 | Jefferson Center for Mental Health Notes | | | | STC0063-0180 |
| 44 | Photos of STC cuts | | | | STC0181-0197 |
| 45 | Wheat Ridge Police Reports | | | | STC0639-0665 |
| 46 | Euler Letter to Parents | | | | STC00688 |
| 47 | Response to Request for Admission No. 1 | | | | |
| 48 | Any Exhibit identified by Defendants | | | | |
| 49 | Any exhibit needed for impeachment | | | | |

**EXHIBIT A**

**DEFENDANTS' WITNESS LIST**

**A.C. V JEFFERSON COUNTY R1 SCHOOL DISTRICT ET AL**

**20-CV-00078-CMA-SKC**

| Witness Name | Description of Testimony | Time on Direct | Time on Cross |
|---|---|---|---|
| **Will Call Witnesses** | | | |
| 1. Jeff Gomez | His practices as Principal of EMS, including his expectations and training of staff for responding to reports of student misconduct; his response to STC's and AC's concerns about STC's schedule in July and August 2017; STC and AC's reports of student misconduct in the fall of 2017 and spring of 2018; communications with STC, AC, and others regarding reports of misconduct against STC or supportive measures for STC; his actions related to R.R. and S.R.; and his knowledge of and response to so-called TTT and SAF. | 2.0 hours | 1.0 hours |
| 2. William Carlin | His practices as Assistant Principal of EMS, including his expectations and actions for responding to reports of student misconduct; his response to STC and AC's report of student misconduct in the spring of 2017; his investigation of and remedial measures taken in response to that report; his communications and interactions with police investigating that misconduct and the EMS SRO and his actions related to that investigation in the spring of 2017 and fall of 2017; and his knowledge of and response to so-called TTT and SAF. | 1.5 hours | 1.0 hours |
| 3. Scott Allensworth | The District's policies and practices for addressing allegations of sexual misconduct and training and expectations for staff and students regarding same; his involvement in providing support to STC/AC in response to their reports of sexual harassment in the spring of 2017, fall of 2017, and spring of 2018; how individual administrators do not have policymaking authority for the school district; and how only school administrators have authority to take remedial disciplinary action to address student misconduct. | 1.0 hour | .5 hour |
| **May Call Witnesses** | | | |
| 1. Allison MacDonald | Her practices as a school counselor, including expectations and practices for responding to reports of student misconduct or sexual harassment; her meetings and communications with STC and AC regarding their reports of student misconduct in the spring of 2017; her response to and involvement with STC and AC's reported concern about STC's schedule in August | 1.0 hour | .5 hour |

| | | | |
|---|---|---|---|
| | 2017; the numerous student support plans she created with STC to support STC; her responses to STC and AC's reports of harassment in the fall of 2017 and spring of 2018; her communications with STC and AC concerning STC's experience at EMS; her role as a trusted adult at EMS for STC; her suicide risk assessment of STC in the spring of 2018; her experience with and impressions of Tim Carlin and Jeff Gomez as administrators of EMS; and her knowledge of and response to so-called TTT and SAF; | | |
| 2.  S.T.C. | Her report to police and EMS staff of misconduct by RR and SR, and the response to that report, in the spring of 2017; her interactions and communications with police concerning that misconduct and the investigation of same; her reported concerns about her schedule in July and August 2017; the numerous student support plans created for her at EMS; her reports of student misconduct and EMS staff response to same in the fall of 2017 and spring of 2018; statements she made to treating medical and mental health professionals related to her experience at EMS; communications she had with Tim Carlin, Jeff Gomez, Allison MacDonald, and other EMS staff related to her reports of misconduct at EMS; her academic performance at EMS; her accusations against and related criminal actions concerning her biological father and the impact of same on STC; her move away from JCSD; her experience after leaving JCSD, including her involvement and communications with police and medical and mental health professionals and the impact of same on STC; and her knowledge of TTT and SAF. | 1.5 hours | 1.5 hours |
| 3.  AC | Her and STC's report to police and EMS staff of misconduct by RR and SR, and the response to that report, in the spring of 2017; her interactions and communications with police concerning that misconduct and the investigation of same; her reported concerns about STC's schedule in July and August 2017; her and STC's reports of student misconduct and EMS staff response to same in the fall of 2017 and spring of 2018; statements she made to treating medical and mental health professionals related to STC and the impact of STC's experience at EMS; communications she had with Tim Carlin, Jeff Gomez, Allison MacDonald, and other EMS staff related to STC's reports of misconduct at EMS; STC's accusations against and related criminal | 1.5 hours | 1.5 hours |

| | | | |
|---|---|---|---|
| | actions concerning her biological father and the impact of same on STC; the family's move away from JCSD; STC's experience after leaving JCSD, including her and STC's involvement and communications with police and medical and mental health professionals and the impact of same on STC; and her observations and impressions of STC related to STC's mental health and medical treatment.. | | |
| 4. Susan Clark | Her involvement and communications with EMS staff in the fall of 2017 concerning STC's schedule; her statements to police, mental health, or medical professionals regarding STC or AC as it involves STC; STC's accusations against and related criminal actions concerning STC's biological father and the impact of same on STC; the family's move away from JCSD; STC's experience after leaving JCSD, including her and STC's involvement and communications with police and medical and mental health professionals and the impact of same on STC; her observations and impressions of STC related to STC's mental health and medical treatment. | 1.0 hours | 1.0 hours |
| 5. Ashley Nelson LCSW | Her treatment of Plaintiff S.T.C., and STC's statements to her during the course of that treatment, as related to Plaintiff's claims in this action. | .5 hour | .5 hour |
| 6. Trinidad Police Dept records custodian | Authenticate TPD records including 911 calls, call logs and police reports with body camera footage | 15 minutes | 0 |
| 7. Children's Hospital records custodian | Authenticate medical records of Plaintiff S.T.C. | 15 minutes | 0 |
| 8. Denver Springs records custodian | Authenticate medical records of Plaintiff S.T.C. | 15 minutes | 0 |
| 9. Enso counseling records custodian | Authenticate medical records of Plaintiff S.T.C. | 15 minutes | 0 |
| 10. Health Solutions records custodian | Authenticate medical records of Plaintiff S.T.C. | 15 minutes | 0 |
| 11. Highlands Behavioral Health records | Authenticate medical records of Plaintiff S.T.C. | 15 minutes | 0 |

| | | | |
|---|---|---|---|
| custodian | | | |
| 12. Jefferson Mental Health Center records custodian | Authenticate medical records of Plaintiff S.T.C. | 15 minutes | 0 |
| 13. Mt. San Rafael Hospital records custodian | Authenticate medical records of Plaintiff S.T.C. | 15 minutes | 0 |
| 14. Stride Community Health Center records custodian | Authenticate medical records of Plaintiff S.T.C. | 15 minutes | 0 |
| 15. Lutheran Medical Center records custodian | Authenticate medical records of Plaintiff S.T.C. | 15 minutes | 0 |
| 16. Third Judicial District Probation Dept. records custodian | Authenticate probation records of Plaintiff S.T.C. | 15 minutes | 0 |
| 17. Colorado Courts records custodian | To authenticate criminal court records of Paul Roque Herrera 09CR1829and 18CR1913 and DR petition 09DR2367, Protection Order 09C200815, and petition for name change | 15 minutes | |
| 18. Arapahoe County Sheriff's Office records custodian | To authenticate criminal investigation records of Paul Roque Herrera | 15 minutes | |
| 19. Wheat Ridge Police Dept. records custodian | Authenticate police records related to Plaintiff S.T.C. | 15 minutes | |
| 20. Kathleen Lacy | Her communications or interactions with or concerning Plaintiff S.T.C. or her mother, A.C., while S.T.C. was enrolled in the School District, including Ms. Lacy's investigation of STC's reports of student misconduct in the spring of 2018 and Ms. Lacy's communications with EMS or District staff related to same. | .5 hour | .5 hour |
| 21. Jennifer Bleckley | Her communications or interactions with or concerning Plaintiff S.T.C. or her mother, A.C., while S.T.C. was enrolled in the School District. | .5 hour | .5 hour |
| 22. | The District's policies and practices for | .5 hour | .5 hour |

| | | | |
|---|---|---|---|
| Superintendent Tracy Dorland | addressing allegations of sexual misconduct, training and expectations for staff and students regarding same, and how individual school administrators do not have policymaking authority for the school district. | | |
| 23. Dr. Robert Atwell | His opinions resulting from his psychological assessment and evaluation of Plaintiff S.T.C. | 1.0 hour | 1.0 hour |
| 24. Debbie Dardano | Her contacts with S.T.C., A.C., SC, R.R., S.R., and others concerning the events relevant to this case in her role as school secretary | .5 hour | .5 hour |
| 25. Officer Kristy Cuney | Her practices as a police officer and SRO for the District; her communications and interactions with STC, AC, Tim Carlin, and other officers regarding STC and AC's allegations of student misconduct in the fall of 2017; the police investigation of that reported misconduct; interactions and communications with District staff and other police related to that investigation; her records concerning police investigations related to STC; and her drafted obstruction charge against Mr. Carlin. | .5 hour | |
| 26. Officer Reyna Johnson | Her practices as a police detective; her communications and interactions with STC, AC, any others regarding STC and AC's allegations of student misconduct in the fall of 2017; the police investigation of that reported misconduct and communications and interactions with AC, STC, and other law enforcement concerning same; her records concerning that investigation; and the drafted obstruction charge against Mr. Carlin. | .5 hour | .5 hour |
| 27. Tashanya Rumley | Authenticate the affidavit she executed and the facts stated therein | .5 hour | .5 hour |
| 28. Former Student A.B. | Her recollection of TTT and SAF among students at EMS, the School's response to same, and how she did not report TTT or SAF to an administrator | | |
| 29. Former Student J.B. | Her recollection of TTT and SAF among students, how she viewed the seriousness of same, and how she did not report TTT or SAF to an administrator | | |
| 30. Former Student S.Y. | Her recollection of TTT and SAF among students, how she never experienced TTT and did SAF with her close friends, and how she never reported either to a school administrator | | |
| 31. Former Student L.T. | Her recollection of TTT and SAF among students, how she never reported same to an administrator, and how she only did SAF and TTT with friends | | |
| 32. Former Student G.A. | Her recollection of TTT and SAF among students and how she never witnessed or reported same | | |
| 33. Former Student T.R. | Her recollection of TTT and SAF among students and how she never witnessed or reported same | | |

| | | | |
|---|---|---|---|
| 34. Former Student H.H. | Her recollection of School staff supervising the hallways of EMS and how she never reported TTT or SAF to a school administrator | | |
| 35. Former Student R.H. | Her recollection of School staff supervising the hallways of EMS and how she never reported TTT or SAF to a school administrator | | |
| 36. Kelly Ramona | Her investigation of former EMS students' knowledge of TTT and SAF | .5 hour | .5 hour |
| 37. Julie Herr | Her practices as Administrative Intern (2015-16) and Assistant Principal (2016 forward) of EMS; her response to reports of student misconduct; and any communications she may have had with District staff, A.C., S.T.C., or others concerning the subject matter of this action. | 1.0 hour | |
| 38. Any witness necessary to authenticate social media postings | | .5 | .5 |
| 39. Any witness necessary for impeachment -TBD | | 2.0 hours | 1.0 hour |

4864-0732-9686, v. 1

| DEFENDANTS' EXHIBIT B TO FINAL PRETRIAL ORDER | | | | |
|---|---|---|---|---|
| 20-CV-00078-CMA-SKC | | | | |
| A.C., as Parent and Next Friend of Minor S.T.C. v JEFFERSON COUNTY R-1 SCHOOL DISTRICT, JEFF GOMEZ, individually, and WILLIAM CARLIN, individually | | | | |
| Exhibit | Description | BATES | Stipulated | Notes |
| A | Board Policy AC Discrimination Statement and General Complaint Process | JCSD 00001-00003 | x | |
| B | Board Policy JB Equal Educational Opportunities | JCSD 00004-00005 | x | |
| C | Board Policy JBB Harassment of Students | JCSD 00006-00009 | x | |
| D | Board Policy JI Student Rights and Responsibilities | JCSD 00010-00011 | x | |
| E | Board Policy JII Student Concerns, Complaints, and Grievances | JCSD 00012-00013 | x | |
| F | Discipline and Intervention Process 2016-17 and 2017-18 | JCSD 00014-00019 | | |
| G | 3/16/18 JCSD Suicide Risk Assessment of STC | JCSD 00020-00042 | x | |
| H | STC school attendance records 2016-2019 | JCSD00043-00059 | x | |
| I | Safety Plan for Sara Tankersley-Clark | JCSD 00060 | x | |
| J | STC Enrollment History EMS | JCSD 00061-00062 | x | |
| K | STC Report Cards EMS | JCSD 00063-00068 | x | |
| L | STC WRHS enrollment records | JCSD 00069-00072 | x | |
| M | STC JCSD elementary school report cards | JCSD 00073-00082 | x | |
| N | STC CMAS and TCAP SCORES GRADES 3-8 | JCSD 00083-00104 | x | |
| O | STC JCSD records re: name change | JCSD 00105-00111 | | |
| P | JCSD Contact Log re STC | JCSD 00112-00119 | x | |
| Q | EMS STC health log 17-18 | JCSD 00120-00123 | | |
| R | JCSD behavior detail reports for STC | JCSD 00124-00125 | | |
| S | EMS 8/25/17 Student Support Plan for STC | JCSD  00128 | x | |
| T | 2017.11.15 & 16 Emails from Jeffrey Gomez to A.C. | JCSD 00129-00130 | x | |
| U | 2017.11.15 Email from S.T.C. to Allison McDonald | JCSD 00131 | x | |
| V | 2017.11.15 Email Jeffrey Gomez to S.T.C. and Allison McDonald | JCSD 00132 | x | |
| W | 2017.11.15 Email from Allison MacDonald to S.T.C. | JCSD 00133 | x | |
| X | 2017.11.16 Email from Allison MacDonald to Jeffrey Gomez re QP | JCSD00134 | x | |
| Y | Aurora PD investigation report_GO#AP 2012-13115_Redacted | Excerpts from JCSD 00137-00586 | | |
| Z | 2017.07.24 - Email chain A.C. and Gomez | STC 0001-0002 | x | |
| AA | 2017.08.03 McDonald email to A.C. | JCSD 00753 | x | |
| BB | 2017.08-24 - Email btwn A MacDonald and Ise Reardon | JCSD 00754-00755 | | |

| | | | | |
|---|---|---|---|---|
| CC | 2017.08.24 - Email to a MacDonald from A.C. | JCSD 00756 | | |
| DD | 2017.08.24 - Emails btwn A. MacDonald and teachers re STC | JCSD 00757-00759 | x | |
| EE | Title IX Presentation 2017-18 So Much More Than Equity in Athletics for Teachers | JCSD 00764-00778 | x | |
| FF | 2017.09.26-2018.01.17  Emails re: STC JCSD virtual academy | JCSD 00785-00796 | x | |
| GG | 2017.11.06 Gomez email to Everitt Staff | JCSD 00799-00800 | x | |
| HH | Everitt Middle School Staff Handbook | JCSD 00801-00814 | x | |
| II | 2016-2017 Final Family Calendar | JCSD 00815 | x | |
| JJ | 2017-2018 Final Family Calendar | JCSD 00816 | x | |
| KK | 2018-2019 Final Family Calendar | JCSD 00817 | x | |
| LL | Children's Hospital records | JCSD 00823-00984 | | |
| MM | Denver Springs records | JCSD 00988-01093 | x | |
| NN | Enso Counseling, PLLC records | JCSD 01094-01163 | x | |
| OO | Health Solutions  records | JCSD 01165-01247 | x | |
| PP | Highlands Behavioral Health records | JCSD 01248-01503 | x | |
| QQ | Jefferson Center for Mental Health records | JCSD 01510-01934 | x | |
| RR | Mt. San Rafael Hospital records | JCSD 01935-02006 | x | |
| SS | Stride Community Health Center records | JCSD 02007-02016 | x | |
| TT | Trinidad PD records | JCSD 2017-2189 | | |
| UU | Mt. San Rafael Records March 14, 2022 | JCSD 2362-2370 | x | |
| VV | Mt. San Rafael nurses notes July 25, 2020 | JCSD 02371-02373 | x | |
| WW | Jeffco Discipline Matrix | JCSD 002376-002382 | x | |
| XX | STC 5/16/17 handwritten statement | JCSD 02234 | x | |
| YY | Behavioral Detail Report R.R. | JCSD 02383 | x | |
| ZZ | Student Schedule Fall 2017  R.R. | JCSD 002384 | x | |
| AAA | Contact Log R.R. | JCSD 02385-02386 | x | |
| BBB | Enrollment History R.R. | JCSD 02389- | x | |
| CCC | Behavioral Detail Report S.R. | JCSD 02391 | x | |
| DDD | Student Schedule S.R. Fall 2017 | JCSD 002392 | x | |
| EEE | Contact Log S.R. | JCSD 02393-02394 | x | |
| FFF | Enrollment History S.R. | JCSD 02398 | x | |
| GGG | Know Your Rights-Title IX | JCSD 002400-002401 | x | |
| HHH | Steps to Complete a Title IX Inquiry | JCSD 02404-02407 | x | |
| III | Professionalism 2016-17 | JCSD 02409-02424 | x | |

| | | | | |
|---|---|---|---|---|
| JJJ | Student handbook 2016-17 | JCSD 02425-02437 | x | |
| KKK | Student Handbook 2017-18 | JCSD 02438-02448 | x | |
| LLL | Employee Professional Responsibilities 7.18.17 | JCSD 02449-02458 | x | |
| MMM | Deferral of Adjudication 21M325and 21JD17 | JCSD 02461-02466 | x | |
| NNN | Aurora PD photos and audio | JCSD 02711,14,19,20,22,29-30,32,49 | | |
| OOO | SLC Health Medical Records | JCSD 02757-02841 | | |
| PPP | Everitt Middle School yearbook photos 2016-2017 | JCSD 02908-02911 | x | |
| QQQ | Everitt Middle School yearbook photo 2017-2018 | JCSD 02912-02914 | x | |
| RRR | Wheat Ridge High School yearbook photo 2018-2019 | JCSD 02915-02917 | x | |
| SSS | Affidavit of Tashanya Rumley | JCSD 02918-02919 | x | |
| TTT | Deposition Transcript of S.T.C. (excerpts for impeachment) | | | |
| UUU | Deposition Transcript of A.C. (excerpts for impeachment) | | | |
| VVV | Deposition Transcript of William Carlin (excerpts) | | | |
| WWW | Deposition Transcript of Craig Hess (excerpts) | | | |
| XXX | Deposition Transcript of Scott Allensworth (excerpts) | | | |
| YYY | Deposition Transcript of Jeff Gomez (excerpts) | | | |
| ZZZ | Deposition Transcript of Allison MacDonald (excerpts) | | | |
| AAAA | Deposition Transcript of Susan Clark (excerpts for impeachment) | | | |
| BBBB | Aurora Police Department investigation statements (depo ex 1) | JCSD 00263-264 | | |
| CCCC | STC statement to Court regarding RR  (depo ex 11) | (STC 00051) | | |
| DDDD | STC "Memoir"  (depo ex 12) | (STC 00042-00050) | x | |
| EEEE | AC Statement to Court regarding RR   (depo ex 20) | (STC 0052-0054) | x | |
| FFFF | October 31 Email DA (Depo ex 44) | (STC 0038-0039) | x | |
| GGGG | Additional yearbook photos of former student witnesses | | x | |
| HHHH | Deposition transcript of G.A. former EMS student (Excerpts) | | | |
| IIII | Deposition transcript of S.A. former EMS student (Excerpts) | | | |
| JJJJ | Deposition transcript of M.B. former EMS student (Excerpts) | | | |
| KKKK | Deposition transcript of A.B. former EMS student (Excerpts) | | | |
| LLLL | Deposition transcript of J.B. former EMS student (Excerpts) | | | |
| MMMM | Deposition transcript of K.D. former EMS student (Excerpts) | | | |
| NNNN | Deposition transcript of R.H. former EMS student (Excerpts) | | | |
| OOOO | Deposition transcript of M.H. former EMS student (Excerpts) | | | |

| | | | | |
|---|---|---|---|---|
| PPPP | Deposition transcript of H.H. former EMS student (Excerpts) | | | |
| QQQQ | Deposition transcript of K.M. former EMS student (Excerpts) | | | |
| RRRR | Deposition transcript of S.M. former EMS student (Excerpts) | | | |
| SSSS | Deposition transcript of S.N. former EMS student (Excerpts) | | | |
| TTTT | Deposition transcript of L.T. former EMS student (Excerpts) | | | |
| UUUU | Deposition transcript of S.Y. former EMS student (Excerpts) | | | |
| VVVV | Paul Herrera criminal case records 2009 and 2018 cases (Excerpts) | | | |
| WWWW | Any Exhibit Identified by Plaintiff | | | |
| XXXX | Any Exhibit necessary for rebuttal or impeachment based upon a showing of good cause | | | |